This is Exhibit 1 referred to in the Complaint for Violation of 17USC §512(F)

**Slabbed**

Alternative New Media for the Gulf South

# Very disturbing child welfare issues raised in 24th JDC case

It appears the child has been failed by the justice system. For now this is all I'm going to show but rest assured I am paying very close attention to this matter:





*A picture drawn by a minor (male) of acts of sodomy contained in a 24th JDC case. Name withheld to protect the minor.*

0 Recommend

0 g+1

This entry was posted in Sop and tagged Child Welfare, Louisiana 24th Judicial District Court, Sodomy on February 13, 2014 [http://slabbed.org/2014/02/13/very-disturbing-child-welfare-issues-raised-in-24th-jdc-case/] by Douglas Handshoe.

## 2 thoughts on "Very disturbing child welfare issues raised in 24th JDC case"

Jack Etherton Truitt


February 13, 2014 at 1:56 pm

Are you able to tell me which case this came from?


**Doug Handshoe**
February 13, 2014 at 2:35 pm

Yount v Steitle