**Slabbed**

This is Exhibit 2 Referred to in the Complaint for Violation of 17 USC § 512(F)

Alternative New Media for the Gulf South

# Private: Ready, Willing and unAbel: A Super 8 Motel Legal Department Update

Folks its appears that the legal department at the Super 8 Motel is very good at filing suits and promoting them in the media but not so good at doing anything constructive with them. With the day of reckoning approaching in Gates v Swartz Danny Abel filed this:

Case 2:13-cv-06425-SSV-ALC   Document 34   Filed 02/18/14   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANE M. GATES | CIVIL RIGHTS: 42 U.S.C. § 1983 |
| VERSUS | ACTION AS TO TREASON |
| JUDGE RICHARD SWARTZ, WALTER P. REED, ADA NICHOLAS F. NORIEA, JR., CLERK OF COURT-ST TAMMANY MARIE-ELISE PRIETO, STPSO SHERIFF RODNEY "JACK" STRAIN, CAPTAIN SHERWOOD, KATHRYN LANDRY, THE OFFICE OF THE CLERK OF COURT OF ST. TAMMANY, LOUISIANA ATTORNEY GENERAL JAMES D. "BUDDY" CALDWELL, THE OFFICE OF THE LOUISIANA ATTORNEY GENERAL, THE OFFICE OF WALTER P. REED DISTRICT ATTORNEY FOR THE PARISH OF ST TAMMANY, ADA RONNIE GRACIANETTE, JOHN AND JANE DOES OF THE PARISH AND STATE OFFICES NAMED, AND TRAVELERS - ST PAUL INSURANCE COMPANIES | CASE NO.: 2:13-cv-06425<br><br>JUDGE: SARAH VANCE<br><br>MAG. JUDGE: ALMA CHASEZ<br><br>JURY TRIAL |

**MOTION TO CONTINUE AND RESET DEFENDANTS'
MOTIONS 25, 29, AND 30 UNTIL 9 APRIL 2014, FOR MEDICAL REASONS
KNOWN TO THIS HONORABLE COURT AND TO ALL COUNSEL OF RECORD**

Plaintiff Shane M. Gates and counsel move the Court to continue the 26 February 2014 submission dates for defendants' Motions appearing at Rec. Doc. Nos. 25, 29, and 30. Counsel is undergoing further treatment, diagnosis, and monitoring at M.D. Anderson Cancer Center in Houston, Texas the week of 3 March 2014 and for the reasons set forth in the memorandum attached.

| | |
|---|---|
| Respectfully submitted,<br>s/ Daniel G. Abel<br>Daniel G. Abel, LSB # 8348<br>2421 Clearview Parkway<br>Legal Department - Suite 106<br>Metairie, Louisiana 70001<br>Telephone: 504.284.8521<br>Facsimile: 888.577.8815 | Certificate of Service<br>s/ Daniel G. Abel<br>I have filed this motion, memorandum, and proposed order electronically with the Clerk of Court and thereby served all counsel. On this 18 February 2014. |

Gates v Swartz Doc 34

It appears Abel is having a hard time finding another lawyer to take the Swartz suit, which is to be expected

given I feel safe in saying that Abel is the only lawyer in Louisiana that would style a suit like *Swartz* against a sitting State court judge alleging Treason. By all accounts Swartz is considered a straight shooter as a judge, his transgression against Abel client/son Shane Gates being is he was assigned the criminal case State of Louisiana v Gates.

But there is more because it appears Abel is selective at what cases he is sick with cancer unable to work. Here he is taking part in scheduling conferences in Will v Pohlmann on January 9, 2014:

Case 2:13-cv-05554-HGB-JCW   Document 19   Filed 01/10/14   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID WILL, ETAL. | CIVIL ACTION |
| VERSUS | NO. 13-5554 |
| JAMES POHLMANN, ETC., ET AL | SECTION: C (2) |

SCHEDULING ORDER

A Scheduling Conference was held this date.

Participating were:
Daniel G. Abel
Mary Ann Hand

Pleadings have been completed. Jurisdiction and venue are established.

All pretrial motions, including motions for summary judgment and motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **Wednesday, June 4, 2014** (see motion calendar attached). Any motions filed in violation of this Order shall be deemed waived unless good cause is shown. All other motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

Counsel shall complete all disclosure of information as follows:

All parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will not be conducted in this case.

Depositions for trial use shall be taken and all discovery shall be completed not later than Tuesday, May 27, 2014.

Amendments to pleadings, third-party actions, cross-claims, and counterclaims shall be filed no later than Monday, February 10, 2014.

Will v Pohlmann

But Abel shows up most in Yount v Steitle where he is representing his in house troll Chris Yount in a hotly contested divorce. For instance here is Abel on January 21, 2014 filing a contempt motion on Yount's behalf:

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO: 665-658                                          DIV:

CHRIS EDWIN YOUNT

VERSUS

TAMI RENE STEITLE

FILED: _____
                                    Deputy Clerk

## MOTION FOR CONTEMPT
## FAILURE TO PAY CHILD SUPPORT

NOW INTO COURT, through undersigned counsel, comes, CHRIS EDWIN YOUNT, who moves for relief and put the Court on notice that Ms. Steitle has willfully been disobeying a Court Order, and has not paid her portion of the child support as ordered by this Court. She has been ordered to pay $113.00 per month. She has not paid the monthly child support for the months of September, October, and November, December 2013, and January 2014. The total amount owed was $565.00, exclusive of any attorney fees and sanctions.

Mover would request that Tami Rene Steitle be ordered to pay a fine of $500.00, or jail as per the Court's warning or both pursuant to R.S. 13:4611(d) for her continuous violation of this Court Order.

WHEREFORE, mover prays the above be deem good and sufficient and that this motion be granted and for all general equitable relief.

Respectfully submitted,                    CERTIFICATE OF SERVICE

Daniel G. Abel (La. Bar No. 8348)          I have served Ms. Steitle today via
625 Celeste Ave.                           email at tamandcary@yahoo.com.
New Orleans LA 70130                       January 17, 2014
Telephone: 504.208.9610
Facsimile: 888.577.8815

### ORDER

This matter has been confirmed at previous hearings. This matter shall be heard also at the hearing now set for January 28, 2014 at 9:00 a.m.

Gretna, Louisiana, this 21st day of January, 2014.

_____
JUDGE

Yount v Steitle Contempt Motion

But that case gets better because Judge Ray Steib recused himself after a disturbing picture drawn by Yount's

minor child prompted an outside intervention.

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 665-658            DIVISION "A"

CHRIS F. YOUNT

VERSUS

TAMI RENE STEITLE

### SUA SPONTE ORDER OF RECUSAL AND REASONS

The Court, *sua sponte*, pursuant to Louisiana Code of Civil Procedure Arts. 151-52, and the Louisiana Canons of Judicial Ethics, hereby recuses itself from the above captioned case based on the forgoing:

This is highly contested domestic matter. The matter has been before the Court on numerous occasions for motion hearings, status conference, etc. The main dispute centers on custody of the parties' minor son. Part and parcel to that dispute are the child's struggles in school – both academically and behaviorally.

It came to the Court's attention early on, that one of the minor's teachers is his wife's best friend. The Court immediately brought this fact to the parties' attention, and offered to recuse based on this fact alone. The parties both declined that offer by the Court, stating that they felt that the Court could remain impartial. The Court warned the parties that if the teacher in question were to become involved in the case and/or would need to be called as witness, that the Court would have no choice but to recuse. The parties assured the Court that the teacher did not need to be involved in the case, and would not need to be called as a witness.

At 3:40 p.m., February 11, 2014, the Court received a telephone call from his wife who had no prior knowledge of the case or its potential involvement with her best friend. She relayed that Chris Yount had made comments during a parent teacher conference with the teacher about the close relationship, implying that she might be influencing the case pending before this Court. The Court inquired no further as to the substance of that conversation.

The Court finds that this hearsay assertion of implied outside influence alone requires recusal.

IT IS HEREBY ORDERED that Raymond S. Steib, Jr., Judge, Division "A", of the Twenty-Fourth Judicial District Court, be and same is hereby recused and that the Clerk of

ISSUED _____

DATE FEB 12 2014

S/ TERRY PHILLIPS

Yount v Steitle Steib Recusal

And of course the picture drawn by the child imparts the reason why this became such an important matter. To the extent my own Mother was a recognized special needs director for three K-12 school districts here in Mississippi, I know enough to know there is some serious human psychology at play thus the "important matter" part.

This brings me back to the latest motion in Gates v Swartz where Abel tells the court:

> Undersigned counsel had surgery and was diagnosed with cancer at the end of December 2014.

Late December? I seem to remember the problem manifesting itself earlier than late December. Here is the salient documentation:

**Douglas Handshoe**

| | |
|---|---|
| From: | Daniel Abel <danielpatrickegan@gmail.com> |
| Sent: | 12/10/2013 3:15 PM |
| To: | Bobby Truitt; Daniel Abel |
| Cc: | Anne Marie Vandenweghe (amvboudreaux@gmail.com); Doug Handshoe |
| Subject: | Re: Abel v. Truitt |

To All

I informed the Court that I am out on a personal matter and cannot be there.

The clerk told me considering the situation, that the court will continue to the next date. Sorry for the inconvenience. But no other possibility for me.

Please confirm with the clerk.

D. Abel

Sent from my iPhone

Say what????

Stay tuned for more tales from the Legal Department of the Super 8 Motel in the next episode of as the Slabbed turns.



Th
De
20
by

13
De



**Jack Truitt**
February 21, 2014 at 1:08 pm

Judges Griffin and Vance should stop this abuse of the legal process. Abel continues to file suits and motions

and make appearances, but represents that he is sick. That, plain and simple, is fraud upon the court which would warrant sanctions. Come to think of it, that sounds like a great idea!

### rfp
February 21, 2014 at 1:21 pm

"represents that he is sick"

Not that anyone would actually think that.. … …. ….. ……  😊

### marielaveau
February 21, 2014 at 4:14 pm

Goat is eighth sign of Chinese Zodiac and the western counterpart is Cancer. True cancer can only be removed by voodooism. Vodouists consult with female ritual specialist, manbo, who performs ceremonies to discover cause of disease and prescribe cure.
http://www.encyclopedia.com/topic/voodoo.aspx

Daily Goat horoscopes at :
http://chinese.horoscope.com/astrology/chinese-horoscope-sign-goat.html

### Hillie's Date
February 21, 2014 at 11:05 pm

If God is love and love is blind AND Ray Charles is blind, where does that leave Stevie Wonder?

Conversely;

If Goat = Cancer and Danny Abel has cancer, does that make him a Goat Hearder?

"Abel represents that he is sick" while simultaneously represents the sick????



**lord and lady douchebag**
February 22, 2014 at 3:19 pm

Is being an epic douchenozzle a bonifide medical condition? If so I'm going to have to side with Danny boy here, him being the capo di tutti capo of douchenozzles.....



**Douglas Handshoe** [Post author]
February 24, 2014 at 6:52 am

He was well enough on Friday to attend a scheduling conference.

http://slabbed.org/wp-content/uploads/2014/02/Sipp-vs-Giroir-order-2-21-14.pdf



**The Empire Parish**
February 24, 2014 at 9:07 am

Doug – DID Abel actually file the two motions on lined legal paper? WTF???

What's next – using Big Chief tablet paper???



**rfp**
February 24, 2014 at 9:24 am

The really insidious thing to contemplate is the filing of legal motions with popup components such as seen with pop up children's books. Even if poorly done, the impact on a case might be a game changer.



**The Empire Parish**
February 24, 2014 at 4:10 pm

True, "burying" a hyperlink in a pleading or memo in such a manner would pose some problems and frankly, the local rules don't seem to contemplate how to handle such a problem art this time unless you lump it under sanction and/ordismissal.



**rfp**
February 24, 2014 at 6:42 pm

Not a hyperlink, this kind of pop-up: The Pop-Up Pinocchio.



**lockemuptight**
February 24, 2014 at 4:32 pm

Empire: I tell you whats next – " Handwriting Without Tears" brand of double- lined paper and a big ass, jumbo pencil capped with a Flying Dumbo cartoon eraser.

http://youtu.be/Mf27zUoyj_Y

There's no tears printing but da' Judge soon reads between da' double lines and its an automatic "F" for failure to make believable sense.



**lockemuptight**
February 24, 2014 at 4:47 pm

Jack Truitt: Or to put it another way, Unable makes Ferris Bueller look like a perfect attendance student.

http://www.bing.com/videos/search?
q=you+tube+of+Ferris+Buler++faking+sickness&FORM=VIRE5#view=detail&mid=74A56AAAC1DF627F38E074A56AAAC1DF627F38E0



**Not At All Surprised**
February 24, 2014 at 7:00 pm

Did Daniel G. Abel have prostate cancer? Did he have surgery for prostate cancer in December 2013? If so, then he already has his biopsy results on "MyMDAnderson") telling him if there was any tumor remaining in the surgical margins. He must be returning in March for his 90-day post-op blood work to see if his PSA and testosterone levels are normal (a/k/a "monitoring"). If the cancer had spread beyond the prostate, he wouldn't have gone through the surgery. My bet is he has no other "treatment" or "diagnosis" to do. My bet is his appointment is not until Thursday, March 6.