

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Pro Se (Non-Prisoner)
**Consent & Registration Form to Receive Documents Electronically**

Pursuant to Fed.R.Civ.P. 5(b), and Fed.R.Civ.P. 77(d), L.U.Civ.R. 5(c) and the Court's Administrative Procedures for Electronic Case Filing, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I, __Douglas Handshoe__, hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P.77(d).

I will promptly notify the court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

*Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing (NEF)** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked documents. **The one "free look" will expire when the document is opened or 15 days from the date the notice was sent, whichever occurs first.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER website at www.pacer.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.*

My e-mail address is: __earning04@gmail.com__

My case number is: __1:14CV159KS-MTP__

__Douglas Handshoe__
Printed name of Litigant

__/s/__
Signature of Litigant

__P. O. Box 788__
Mailing Address

__Wiggins, MS 39577__
City, State, Zip Code

Date: __4/14/14__

__228-284-0004__
Telephone Number

E-mail this form to the Clerk, U. S. District Court at ecf_information@mssd.uscourts.gov or mail to 501 East Court Street, Suite 2.500, Jackson, MS 39201.

DOUGLAS K. HANDSHOE
POST OFFICE BOX 788
WIGGINS, MS 39577-0788

CLERK OF THE US DISTRICT COURT
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501

RECEIVED
APR 15 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

GULFPORT MS 395

39501$2036