AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JUN 20 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

This summons for *(name of individual and title, if any)*   Daniel G. "Danny" Abel

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 24th JDC in Gretna, LA; Jefferson Parish _____ on *(date)* June 16, 2014; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  6-16-14

_____
Server's signature

Bernard Adams Private Investigator
Printed name and title

350 Pheasant Ln Slidell LA 70458
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe <br><br> *Plaintiff(s)* <br> v. <br> Daniel G. "Danny" Abel <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14CV159 KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel G. "Danny" Abel
2421 Clearview Pkwy, Room 106
Metairie, LA 70001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Douglas Handshoe
110 Hall Street
Post Office Box 788
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: 4-10-14

*Signature of Clerk or Deputy Clerk*