IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                                    **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 1:14cv159-KS-MTP**

**DENNIS G. ABEL**                                                                                     **DEFENDANT**

**ORDER GRANTING ADDITIONAL TIME TO ANSWER**

THIS MATTER is before the court on the motion [6] of Defendant Daniel G. Abel. While the motion appears to address some of the allegations in the complaint and includes other information of uncertain relevance, the motion will be construed as a motion for additional time to file an answer or responsive pleading.

The motion will be granted in part and denied in part. The motion does not provide a clear basis for such a lengthy forty-five (45) day extension of time. However, the defendant will be afforded a reasonable time to answer. Defendant shall file his answer or responsive pleading or on before August 4, 2014.

SO ORDERED on July 7, 2014.

                                                                    s/ Michael T. Parker
                                                                    United States Magistrate Judge