IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | Civil Action No.1:14-cv-159-KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL | ) | DEFENDANT |

## MOTION TO STRIKE

NOW into court comes Plaintiff Douglas Handshoe, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, who respectfully move this Court to strike all but the 4th and last paragraphs of Defendant's Motion for Extension of Time as discussed more fully in the accompanying Memorandum of Law in support thereof.

WHEREFORE, Plaintiff prays the Court grants this Motion to Strike and order the Defendant submit his answer no later than July 28, 2014.

Respectfully submitted this 7th day of July, 2014,

_____

Plaintiff and sole owner of Slabbed New Media, LLC
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Motion to Strike to the following via United States Mail:

    Daniel G. Abel
    C/O The Super 8 Motel / Desai Enterprises
    2421 Clearview Parkway, Room 106
    Metairie, LA 70001

                      Respectfully submitted this 7th day of July, 2014,

                      _____
                      Plaintiff and sole owner of Slabbed New Media, LLC
                      Douglas Handshoe
                      Post Office Box 788
                      110 Hall Street
                      Wiggins, MS 39577
                      (228) 284-0004
                      earning04@gmail.com