DOUGLAS HANDSHOE
POST OFFICE BOX 788
WIGGINS, MS 39577-0788

RECEIVED
JUL 08 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

HONORABLE ARTHUR JOHNSTON, CLERK OF COURT
DAN M. RUSSELL, JR., UNITED STATES COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501


