Daniel G. Abel
2421 Clearview Pkwy.
Metairie, LA 70001

7013 2630 0000 3826 5077

CERTIFIED MAIL

AUG 06 2014

Hon. Clerk of Court
United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

UNITED STATES POSTAL SERVICE

1000
39501

U.S. POSTAGE PAID
METAIRIE, LA 70002
AUG 04, 14
AMOUNT
$4.91
00025838-21