IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DOUGLAS HANDSHOE )
)
v. ) CIVIL ACTION NO.1:14cv159-KS-MTP
)
DANIEL G. "DANNY" ABEL )

## REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Douglas Handshoe and hereby requests the Clerk to enter a default against the defendant, Daniel G. "Danny" Abel, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 5th Day of August, 2014,

_____
Plaintiff and sole owner of Slabbed New Media, LLC
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Motion to Strike to the following via United States Mail:

    Daniel G. Abel
    C/O The Super 8 Motel / Desai Enterprises
    2421 Clearview Parkway, Room 106
    Metairie, LA 70001

Respectfully submitted this 5th Day of August, 2014,

Plaintiff and sole owner of Slabbed New Media, LLC
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com