**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**DOUGLAS HANDSHOE**                                                              **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 1:14cv159-KS-MTP**

**DANIEL G. "DANNY" ABEL**                                              **DEFENDANT**

<u>**ORDER**</u>

On August 4, 2014, Defendant ("Movant") served his "FED. R. CIV. P. 12(b)(2) &
(3) MOTION TO DISMISS AND IN THE ALTERNATIVE 28 U.S.C.A. § 1406(a)
MOTION TO TRANSFER".  (*See* Docket Entry No. [12].)  Pursuant to Local Uniform
Civil Rule 7(b)(4), Plaintiff ("Respondent") is required to file a response and
memorandum brief within fourteen (14) days after service of Movant's motion.  Pursuant
to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is
to be included unless it is a Saturday, Sunday, or legal holiday.  Further, Federal Rule of
Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the
filing of the response.  In accordance with the preceding Rules, the Court fixes the date
certain for the response as on or before **August 21, 2014.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movant desires to submit a
rebuttal memorandum, he may do so within seven (7) days after service of the
Respondent's memorandum brief in response.  In accordance with Local Uniform Civil
Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for
the rebuttal as on or before **September 2, 2014.**

If either the Movant or Respondent wishes to extend the time allotted for filing the
response or rebuttal, the applicable party shall file a motion for additional time prior to

the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movant's original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondent's memorandum brief shall not exceed thirty-five (35) pages.  If either the Movant or Respondent wishes to exceed the number of pages for briefing available, the applicable party shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 12th day of August, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE