IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | Civil Action No.1:14-cv-159-KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL | ) | DEFENDANT |

### MOTION TO STRIKE

NOW into court comes Plaintiff Douglas Handshoe, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, who respectfully move this Court to strike Defendant's Motion to Seal Exhibits (ECF No. 16) as discussed more fully in the accompanying Memorandum of Law in support thereof.

WHEREFORE, Plaintiff prays the Court grants this Motion to Strike and order the scandalous, impertinent material stricken from the official court record.

Respectfully submitted this 13th day of August, 2014,

_____

Plaintiff and sole owner of Slabbed New Media, LLC
Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577
(228) 284-0004
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing Motion to Strike to the following via United States Mail:

Daniel G. Abel
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

        Respectfully submitted this 13th day of August, 2014,

        _____
        Plaintiff and sole owner of Slabbed New Media, LLC
        Douglas Handshoe
        Post Office Box 788
        110 Hall Street
        Wiggins, MS 39577
        (228) 284-0004
        earning04@gmail.com