IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                        **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO.: 1:14-cv-159-KS-MTP**

**DANIEL G. ABEL**                                          **DEFENDANT**

**ORDER**

THIS MATTER is before the Court on Defendant's Motion to Seal [16] and Plaintiff's Motion to Strike [17]. Having considered the Motions, the Court finds that they should be denied.

In his Motion to Seal [16], Defendant seeks an order from this Court removing certain pleadings and exhibits from the docket. However, based on the record before the Court, it is not apparent that Plaintiff has violated Federal Rule of Civil Procedure 5.2 or any court order.[1] Accordingly, the Motion to Seal [16] should be denied.

In his Motion to Strike [17], Plaintiff seeks an order from this Court striking the Defendant's Motion to Seal [16]. Although the Motion to Seal [16] contains extraneous information, it does merit an order striking the pleading. Accordingly, the Motion to Strike [17] should be denied.

IT IS, THEREFORE, ORDERED that:

1. Defendant's Motion to Seal [16] is DENIED and

2. Plaintiff's Motion to Strike [17] is DENIED.

SO ORDERED this the 2nd day of September, 2014.

---

[1] Defendant states that Plaintiff identified a minor in his Complaint. Defendant, however, does not refer the Court to any specific portion of the Complaint where a minor is identified, and the Court, having reviewed the Complaint, did not find the name of a minor.

s/ Michael T. Parker
United States Magistrate Judge