IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                    PLAINTIFF

v.                                           CIVIL ACTION NO.: 1:14-cv-159-KS-MTP

DANIEL G. ABEL                                                       DEFENDANT

ORDER STAYING CERTAIN DISCOVERY
AND DISCLOSURE REQUIREMENTS

THIS MATTER comes before the Court *sua sponte* for case management purposes. On August 6, 2014, Defendant filed a Motion to Dismiss [12] for lack of jurisdiction. Rule 16(b)(3)(B) of the Local Uniform Civil Rules of the Southern District of Mississippi provides:

> Filing a motion to compel arbitration, an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense or jurisdictional defense is a decision committed to the discretion of the court.

IT IS, THEREFORE, ORDERED that all discovery not related to the jurisdictional issues and the disclosure requirements are stayed pursuant to the Local Rules.

IT IS FURTHER ORDERED that counsel for Plaintiff shall promptly notify the Magistrate Judge of a decision on the Motion to Dismiss [12] and shall submit a proposed order lifting the stay, if appropriate. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer in accordance with L.U. Civ. R. 26(c), and all other deadlines will be determined accordingly. A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay.

SO ORDERED this the 2nd day of September, 2014.

s/ Michael T. Parker
United States Magistrate Judge