634
P-1

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 665-658            DIV. "E"

CHRIS EDWIN YOUNT

VERSUS

TAMI RENE STEITLE

FILED: February 24, 2014     Mary Najolia, Deputy Clerk

**JUDGMENT**

CODED

This matter came before Judge John J. Molaison, Jr. on the 18th day of February 2014.

Present:    CHRIS E. YOUNT, Plaintiff
               DANIEL G. ABEL, Attorney for Plaintiff
               TAMI RENE STEITLE, PRO SE DEFENDANT

After the testimony, evidence, argument of counsel and defendant and reviewing the pleadings the Court issued the following the Judgment:

IT IS ORDERED the following exhibits, previously filed into the records, are now under seal: filed on 01.16.2014 Exhibits A – Drawings (6 pgs), Exhibit B – Drawings (3 pgs), Exhibit C – Suspension Sheet (6 pgs), Exhibit D – Emails (2 pgs); and filed on 06.09.2009 the report authored by Martha Buijanda (28 pgs). Also, under seal the Judgment signed by Judge Raymond Steib – Div. A on 12.30.2013.

IT IS ORDERED that both parents are to subscribe to the "Family Wizard (with toner).

IT IS ORDERED that Karen Houghtaling be appointed as the parent coordinator with access to the "Family Wizard". Both parties are to contact Ms. Houghtaling within seven (7) days.

IT IS ORDERED that the Stuart Smith Law Clinic is to represent the minor child.

IT IS ORDERED that Ms. Steitle is to have visitation with the minor child on weekends from Fridays after school until 5pm on Sundays, and minor is not to choose between parents in regards to weekend visitation.

IT IS ORDERED that the minor will spend two hours with Ms. Steitle on Wednesdays from 5pm to 7pm, and Ms. Steitle is no longer required to assist with homework assignments during this visitation time.

IT IS ORDERED that both parties and counsel do whatever maybe required to have all matters pertaining to the minor child removed from the website Slabbed.org.

JUDGEMENT RENDERED ON 18TH day of February 2014.

JUDGEMENT SIGNED this 24th day of February 2014, Gretna, Louisiana.

ISSUED: 2014 sup jdg – Abel – steitle
DATE: 2/25/14

John J. Molaison, JUDGE

CODED

TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

Ex. C.

634
P-1

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 665-658                                                    DIV. "E"

CHRIS EDWIN YOUNT

VERSUS

TAMI RENE STEITLE

FILED: _February 24, 2014_                     _Mary Najolia_
                                                Deputy Clerk

**JUDGMENT**

CODED

This matter came before Judge John J. Molaison, Jr. on the 18th day of February 2014.

Present:    CHRIS E. YOUNT, Plaintiff
            DANIEL G. ABEL, Attorney for Plaintiff
            TAMI RENE STEITLE, PRO SE DEFENDANT

After the testimony, evidence, argument of counsel and defendant and reviewing the pleadings the Court issued the following the Judgment:

IT IS ORDERED the following exhibits, previously filed into the records, are now under seal: filed on 01.16.2014 Exhibits A – Drawings (6 pgs), Exhibit B – Drawings (3 pgs), Exhibit C – Suspension Sheet (6 pgs), Exhibit D – Emails (2 pgs); and filed on 06.09.2009 the report authored by Martha Buijanda (28 pgs). Also, under seal the Judgment signed by Judge Raymond Steib – Div. A on 12.30.2013.

IT IS ORDERED that both parents are to subscribe to the "Family Wizard (with toner).

IT IS ORDERED that Karen Houghtaling be appointed as the parent coordinator with access to the "Family Wizard". Both parties are to contact Ms. Houghtaling within seven (7) days.

IT IS ORDERED that the Stuart Smith Law Clinic is to represent the minor child.

IT IS ORDERED that Ms. Steitle is to have visitation with the minor child on weekends from Fridays after school until 5pm on Sundays, and minor is not to choose between parents in regards to weekend visitation.

IT IS ORDERED that the minor will spend two hours with Ms. Steitle on Wednesdays from 5pm to 7pm, and Ms. Steitle is no longer required to assist with homework assignments during this visitation time.

IT IS ORDERED that both parties and counsel do whatever maybe required to have all matters pertaining to the minor child removed from the website Slabbed.org.

JUDGEMENT RENDERED ON 18TH day of February 2014.

JUDGEMENT SIGNED this 24th day of February 2014, Gretna, Louisiana.

ISSUED: _Abel/Yount – Steitle_
DATE: _2/25/14_
_Deputy Clerk_

CODED

_John J. Molaison_
JUDGE

CODED

A TRUE COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
_Deputy Clerk_
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA