

Daniel G. Abel
2421 Clearview Pkwy.
Metairie, LA 70001



United States District Court
Dan M. Russell, Jr., United Sta
2012 15th Street, Suite 403
Gulfport, MS 39501