# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe <br><br> *Plaintiff(s)* <br> v. <br> Daniel G. Abel, Chris Yount <br> Janey Lamar, Ramona Fernandez and Stuart SMith <br> Law Clinic dba Loyola University New Orleans <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14CV159 KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Stuart Smith Law Clinic
Attn: Ms. Gita Bolt, General Counsel
Loyola University Office of General Counsel
6363 Saint Charles Avenue
Campus Box 9
New Orleans, LA 70118-6143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: April 15, 2015

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Daniel G. Abel, Chris Yount )<br>Janey Lamar, Ramona Fernandez and Stuart SMith )<br>Law Clinic dba Loyola University New Orleans )<br>)<br>*Defendant(s)* ) | Civil Action No. 1:14CV159 KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janey Lamar
3700 Earhart Boulevard
New Orleans, LA 70125


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577


If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: April 15, 2015                    _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Douglas Handshoe | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14CV159 KS-MTP |
| Daniel G. Abel, Chris Yount | ) | |
| Janey Lamar, Ramona Fernandez and Stuart SMith | ) | |
| Law Clinic dba Loyola University New Orleans | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ramona Fernandez
1941 Harvard Avenue
Gretna, LA 70056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: April 15, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| Douglas Handshoe | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14CV159 KS-MTP |
| Daniel G. Abel, Chris Yount Janey Lamar, Ramona Fernandez and Stuart SMith Law Clinic dba Loyola University New Orleans | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Abel
2421 Clearview Parkway #106
Metairie, LA 70001-1239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: April 15, 2015

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>Daniel G. Abel, Chris Yount )<br>Janey Lamar, Ramona Fernandez and Stuart SMith )<br>Law Clinic dba Loyola University New Orleans )<br>)<br>*Defendant(s)* ) | Civil Action No. 1:14CV159 KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Yount
545 Terrace Street
Jefferson, LA 70121-1515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: April 15, 2015

*Signature of Clerk or Deputy Clerk*