AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14CV159 KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ms. Romona Fernandez
was received by me on *(date)* 4-29-15.

☑ I personally served the summons on the individual at *(place)* 560 Broadway NOLA
on *(date)* 4-29-15 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5-4-15

Fred V. Emelio Jr.
*Server's signature*

FRED V. Emelio Jr.
*Printed name and title*

560 Oak Harbor Blvd Slidell LA
*Server's address*

Additional information regarding attempted service, etc:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Douglas Handshoe )
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:14CV159 KS-MTP
)
Daniel G. Abel, Chris Yount )
Janey Lamar, Ramona Fernandez and Stuart SMith )
Law Clinic dba Loyola University New Orleans )
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ramona Fernandez
1941 Harvard Avenue
Gretna, LA 70056

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint [Amended] or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the [Amended] complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: April 15, 2015                              _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14CV159 KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Ms. Bolt**
was received by me on *(date)* **4-29-15**.

☒ I personally served the summons on the individual at *(place)* **6363 St Charles Avenue NOLA** on *(date)* **4-29-15** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5-4-15**

_Fred V. Emelio Jr._
Server's signature

**FRED V. Emelio Jr.**
Printed name and title

**560 Oak Harbor Blvd, Slidell LA**
Server's address

Additional information regarding attempted service, etc:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

RETURN

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Douglas Handshoe )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:14CV159 KS-MTP
)
Daniel G. Abel, Chris Yount )
Janey Lamar, Ramona Fernandez and Stuart SMith )
Law Clinic dba Loyola University New Orleans )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stuart Smith Law Clinic
Attn: Ms. Gita Bolt, General Counsel
Loyola University Office of General Counsel
6363 Saint Charles Avenue
Campus Box 9
New Orleans, LA 70118-6143

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: April 15, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14CV159 KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Janey Lamar__
was received by me on *(date)* __4-29-15__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Ms. Bolt__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Ms Lamar__
__at 6363 St. Charles Aven. NOLA__ on *(date)* __4-29-15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____

*Fred V. Emelio Jr.*
Server's Signature

FRED V. Emelio Jr.
Printed name and title

560 Oak Harbor Blvd. Slidell LA
Server's address

Additional information regarding attempted service, etc:



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 18 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe )<br><br>*Plaintiff(s)*<br>v.<br>Daniel G. Abel, Chris Yount<br>Janey Lamar, Ramona Fernandez and Stuart SMith<br>Law Clinic dba Loyola University New Orleans<br><br>*Defendant(s)* | Civil Action No. 1:14CV159 KS-MTP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janey Lamar
3700 Earhart Boulevard
New Orleans, LA 70125

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: April 14, 15 2015

*Signature of Clerk or Deputy Clerk*