6

COURT OF APPEAL

FIFTH CIRCUIT

STATE OF LOUISIANA

FILE FOR RECORD

2015 FEB 10 PM 1:11

DEPUTY CLERK
5TH CIRCUIT COURT OF APPEAL
STATE OF LOUISIANA

DOCKET NO. 2014-CA- 919

CHRIS E. YOUNT

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

### MOTION TO ENROLL AS COUNSEL OF RECORD FOR THE MINOR CHILD

**NOW INTO COURT**, comes Janey Lamar, Student Practitioner, Ramona Fernandez, Supervising Attorney and the Stuart H. Smith Law Clinic & Center for Social Justice, appointed counsel for minor child, in the lower domestic proceedings, who respectfully requests that they be allowed to enroll as attorney of record for the minor child in this matter.

**WHEREFORE**, Mover prays that the above be deemed good and sufficient and that this motion be granted.

Respectfully Submitted,

**Stuart H. Smith Law Clinic & Center for Social Justice**

Janey Lamar
Student Practitioner

Ramona Fernandez
Supervising Attorney
7214 St. Charles Box 902
New Orleans, LA 70118
Telephone: (504) 861-5590
Facsimile: (504) 861-5440

IMAGED FEB 10 2015
pp. 1-2


EXHIBIT "A"

COURT OF APPEAL

FIFTH CIRCUIT

STATE OF LOUISIANA

DOCKET NO. 2014-CA-

CHRIS E. YOUNT

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

ORDER

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that the name of the Stuart H. Smith Law Clinic & Center for Social Justice is hereby enrolled at counsel for the minor child in these proceedings.

Gretna, Louisiana, this 11th day of February 2015.

_____
JUDGE

A TRUE COPY
GRETNA

FEB 11, 2015

DEPUTY CLERK
COURT OF APPEAL, FIFTH CIRCUIT

IMAGED FEB 11 2015
1of1 @ Motion
@ Order