COURT OF APPEAL

FIFTH CIRCUIT

STATE OF LOUISIANA

DOCKET NO. 2014-CA- 919

CHRIS E. YOUNT

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON BEHALF OF THE MINOR

**NOW INTO COURT,** comes Janey Lamar, Student Practitioner, Ramona Fernandez, Supervising Attorney and the Stuart H. Smith Law Clinic & Center for Social Justice, appointed counsel for minor child, in the lower domestic proceedings, who respectfully requests that they be granted an extension of time in which to file brief on behalf of the minor, the subject of this litigation. .

**WHEREFORE,** Mover prays that the above be deemed good and sufficient and that this motion be granted.

Respectfully Submitted,

**Stuart H. Smith Law Clinic &
Center for Social Justice**

Janey Lamar
Student Practitioner

Ramona Fernandez
Supervising Attorney
7214 St. Charles Box 902
New Orleans, LA 70118
Telephone:  (504) 861-5590
Facsimile:  (504) 861-5440



COURT OF APPEAL

FIFTH CIRCUIT

STATE OF LOUISIANA

DOCKET NO. 2014-CA-

CHRIS E. YOUNT

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

**O R D E R**

Considering the foregoing motion,

    **IT IS HEREBY ORDERED** that the Stuart H. Smith Law Clinic &
*or until March 3, 2015,*
Center for Social Justice is hereby granted ___20___ days in which to file their

brief on behalf of the minor child.

    Gretna, Louisiana, this ___11th___ day of February 2015.

_____
JUDGE

A TRUE COPY
GRETNA

FEB 1 1 2015

_____
DEPUTY CLERK
COURT OF APPEAL, FIFTH CIRCUIT

COURT OF APPEAL

FIFTH CIRCUIT

STATE OF LOUISIANA

DOCKET NO. 2014-CA- 919

CHRIS E. YOUNT

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

## MOTION TO REMOVE COUNSELS' NAMES FROM PRO SE LITIGANT'S BRIEF

**NOW INTO COURT,** comes Janey Lamar, Student Practitioner, Ramona Fernandez, Supervising Attorney and the Stuart H. Smith Law Clinic & Center for Social Justice, appointed counsel for minor child, in the lower domestic proceedings, who respectfully requests that their names be removed from pro se litigant's brief in the above –captioned matter as they intend to file their own separate brief on behalf of the minor child.

**WHEREFORE,** Mover prays that the above be deemed good and sufficient and that this motion be granted.

Respectfully Submitted,

**Stuart H. Smith Law Clinic & Center for Social Justice**

Janey Lamar
Student Practitioner

Ramona Fernandez
Supervising Attorney
7214 St. Charles Box 902
New Orleans, LA 70118
Telephone: (504) 861-5590
Facsimile: (504) 861-5440

IMAGED FEB 1 1 2015
PP. 1 - 8

COURT OF APPEAL

FIFTH CIRCUIT

STATE OF LOUISIANA

DOCKET NO. 2014-CA-

CHRIS E. YOUNT

VERSUS

DOUGLAS K. HANDSHOE, ET AL.

**O R D E R**

Considering the foregoing motion,

IT IS HEREBY ORDERED that the name of the Stuart H. Smith Law

Clinic & Center for Social Justice is hereby removed from appellant's pro se

brief.

Gretna, Louisiana, this _11th_ day of February 2015.

_____
JUDGE

A TRUE COPY
GRETNA

FEB 11 2015

DEPUTY
CLERK
COURT OF APPEAL FIFTH CIRCUIT

IMAGED FEB 11 2015