IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                      PLAINTIFF

VS.                                           CIVIL ACTION NO. 1:14-CV-00159-KS-MTP

DANIEL G. "DANNY" ABEL, et al                                       DEFENDANTS

## ENTRY OF APPEARANCE

COMES NOW the undersigned counsel with the law firm of Dukes, Dukes, Keating & Faneca, P.A., and files this Entry of Appearance on behalf of Defendants, Ramona Fernandez, Janey Lamar, and the Stuart H. Smith Law Clinic and Center for Social Justice of Loyola University New Orleans, together with Bradley E. Dean.

Respectfully submitted, this the 19th day of May, 2015.

>Ramona Fernandez, Janey Lamar, and the Stuart H. Smith Law Clinic and Center for Social Justice of Loyola University New Orleans, Defendants
>
>BY:   DUKES, DUKES, KEATING & FANECA, P.A.
>
>BY:   /s/ *W. Edward Hatten, Jr.*

W. EDWARD HATTEN, JR. (MSB #8859)
DUKES, DUKES, KEATING & FANECA, P.A.
2909 13th Street, Suite 601
Post Office Drawer W
Gulfport, MS   39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com

## CERTIFICATE OF SERVICE

I, W. Edward Hatten, Jr., do hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system, and mailed the same via U.S. Mail, which sent notification of such filing to the following:

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
110 Hall St.
Wiggins, MS 39577

Daniel G. Abel, Pro Se Defendant
2421 Clearview Parkway
Metairie, LA 70001

Chris Yount, Pro Se Defendant
545 Terrace Street
Jefferson, LA 70121

This the 19th day of May, 2015.

*/s/ W. Edward Hatten, Jr.*

W. EDWARD HATTEN, JR. (MSB #8859)
DUKES, DUKES, KEATING & FANECA, P.A.
2909 13th Street, Suite 601
Post Office Drawer W
Gulfport, MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com