IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                **PLAINTIFF**

**VS.**                                      **CIVIL ACTION NO. 1:14-CV-00159-KS-MTP**

**DANIEL G. "DANNY" ABEL, et al**                             **DEFENDANTS**

**ORDER STAYING DISCOVERY
AND DISCLOSURE REQUIREMENTS**

THIS MATTER comes before the Court *sua sponte* for case management purposes. On May 18, 2015, three of the Defendants, Ramona Fernandez, Janey Lamar, and the Stuart H. Smith Law Clinic and Center for Social Justice of Loyola University, filed a Motion to Dismiss [Doc. 30] based in part on a lack of personal jurisdiction over those named Defendants. Rule 16(b)(3)(B) of the Local Uniform Civil Rules of the Southern District of Mississippi provides:

> Filing a motion to compel arbitration, an immunity defense or jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion asserting an immunity defense or jurisdictional defense is a decision committed to the discretion of the court.

IT IS, THEREFORE, ORDERED that the attorney conference, the parties' disclosure requirements and all discovery not related to the personal jurisdictional defense are stayed pursuant to the Local Rules.

IT IS FURTHER ORDERED that Plaintiff shall promptly notify the Magistrate Judge of a decision on the referenced Motion to Dismiss and shall submit a proposed order lifting the stay, if appropriate. Within fourteen (14) days of entry of the order lifting the stay, the parties shall

then confer in accordance with L.U. Civ. R. 26(c), and all other deadlines will be determined accordingly. A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay.

SO ORDERED this the 20th day of May, 2015.

                                                  s/Michael T. Parker  
                                                  United States Magistrate Judge