RETURN

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

Douglas Handshoe )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 1:14CV159 KS-MTP
)
Daniel G. Abel, Chris Yount )
Janey Lamar, Ramona Fernandez and Stuart SMith )
Law Clinic dba Loyola University New Orleans )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chris Yount
545 Terrace Street
Jefferson, LA 70121-1515

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached Amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Amended complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON

CLERK OF COURT

Date: April 15, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14CV159 KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* **Chris Yount**
was received by me on *(date)* **5-18-15**.

☒ I personally served the summons on the individual at *(place)* **Parking Lot of Gretna Courthouse** on *(date)* **5-18-15**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5-18-15**

*Fred V. Emelio Jr.*
Server's signature

**Fred V. Emelio Jr.**
Printed name and title

**560 Oak Harbor Blvd. Slidell LA 70458**
Server's address

Additional information regarding attempted service, etc:

[Stamp: SOUTHERN DISTRICT OF MISSISSIPPI FILED JUN 01 2015 BY ARTHUR JOHNSTON DEPUTY]