IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL, | ) | |
| CHRIS YOUNT, RAMONA FERNANDEZ, | ) | |
| JANEY LAMAR AND STUART SMITH | ) | DEFENDANTS |
| LAW CLINIC DBA LOYOLA | ) | |
| UNIVERSITY NEW ORLEANS | ) | |

**MOTION UNDER RULE 4(d)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE FOR COSTS OF SERVICE OF PROCESS DUE TO FAILURE OF CERTAIN PARTIES TO COMPLY WITH DUTY TO AVOID UNNECESSARY EXPENSES OF SERVING SUMMONS**

Now unto the Court comes Plaintiff Douglas Handshoe, pursuant to Fed. Rule Civ. Proc. 4(d)(2) for reimbursement of the costs of service of process and to tax such cost of service to non-waving parties Fernandez, Lamar, Loyola University New Orleans (the Loyola Defendants) and Yount in the amount of $339.10 for the Loyola University, Fernandez and Lamar and $313.68 for Defendant Yount as more fully explained in the accompanying Memorandum of Law in support of this Motion.

Plaintiff prays the Court find this Motion to have merit and to enter an order directing the Loyola Defendants and Yount to pay Handshoe $339.10 and $313.68 respectively, such amounts representing the cost of serving summons on them pursuant to Rule 4.

Respectfully submitted this 2nd day of June, 2015,

_____
Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on June $2^{st}$ 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

Edward Hatten (MSB #8859)
Bradley Dean (MSB #101161)
Dukes, Dukes, Keating and Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com
bdean@ddkf.com
Attorneys for Ramona Fernandez, Janey Lamar and Loyola University New Orleans

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

Daniel G. Abel
Pro Se
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Chris Yount
Pro Se
545 Terrace Street
Jefferson, LA 70121

Respectfully submitted this 2nd day of June, 2015,

_____
Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com