SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

Via United States Post Office Priority Mail Tracking Number 9405 9036 9930 0378 2079 85

March 13, 2015

Ms. Ramona Fernandez
Loyola University Stuart Smith Law Clinic
7214 Saint Charles Avenue
Campus Box 902
New Orleans, LA 70118-3538

RE:   Handshoe v Abel et al.
      Case Number 14cv159

Dear Ms. Fernandez:

Enclosed herewith are duplicate copies of Waiver of Service along with Notice of Lawsuit and a copy of the complaint, which I filed this day with the United States District Court in Gulfport, Mississippi.

Should you decide to not waive service, I will have the complaint served upon you by process server and will file a motion with the Court to make you pay the associated costs for service of process.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380
Facsimile: (601) 928-5129

Exhibit 2

SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

**Via United States Post Office Priority Mail Tracking Number 9405 9036 9930 0378 2079 78**

March 13, 2015

Ms. Janey Lamar
Loyola University Stuart Smith Law Clinic
7214 Saint Charles Avenue
Campus Box 902
New Orleans, LA 70118-3538

RE: Handshoe v Abel et al.
Case Number 14cv159

Dear Ms. Lamar:

Enclosed herewith are duplicate copies of Waiver of Service along with Notice of Lawsuit and a copy of the complaint, which I filed this day with the United States District Court in Gulfport, Mississippi.

Should you decide to not waive service, I will have the complaint served upon you by process server and will file a motion with the Court to make you pay the associated costs for service of process.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380
Facsimile: (601) 928-5129

Exhibit 2

SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

Via United States Post Office Priority Mail Tracking Number 9405 9036 9930 0378 2080 05

March 13, 2015

Ms. Gita Bolt
Loyola University Office of General Counsel
6363 Saint Charles Avenue
Campus Box 9
New Orleans, LA 70118-6143

RE: Handshoe v Abel et al.
Case Number 14cv159

Dear Ms. Bolt:

Enclosed herewith are duplicate copies of Waiver of Service along with Notice of Lawsuit and a copy of the complaint, which I filed this day with the United States District Court in Gulfport, Mississippi.

Should you decide to not waive service, I will have the complaint served upon your office by process server and will file a motion with the Court to make you Loyola University the associated costs for service of process.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380
Facsimile: (601) 928-5129

Exhibit 2