*Exhibit 3*

**Doug Handshoe**
___

**From:** Gita Bolt <gbolt@loyno.edu>
**Sent:** 03/25/2015 12:11 PM
**To:** Doug Handshoe; ramona@loyno.edu
**Cc:** Carolyn S Bryant
**Subject:** RE: Handshoe v Abel, Yount, Loyola, Fernandez and Lamar

Mr. Handshoe,
The University does not agree to waive service in this matter.

Best regards,


Gita


*Gita P. Bolt*
General Counsel
Office of General Counsel
Loyola University New Orleans
Marquette Hall, Ste. 418
Campus Box 9
New Orleans, La 70118
504.865.2657
504.865.2764 fax
gbolt@loyno.edu



THIS EMAIL MAY BE A PRIVILEGED AND CONFIDENTIAL COMMUNICATION CONSTITUTING ATTORNEY-CLIENT COMMUNICATIONS AND/OR ATTORNEY WORK PRODUCT. IF YOU ARE NOT THE INTENDED RECIPIENT, IMMEDIATELY DELETE AND DESTROY ALL COPIES OF THIS EMAIL AND ANY ATTACHMENTS.

---

**From:** Doug Handshoe [mailto:earning04@gmail.com]
**Sent:** Thursday, March 12, 2015 12:49 PM
**To:** gbolt@loyno.edu; ramona@loyno.edu; lamarj17@yahoo.com
**Subject:** Handshoe v Abel, Yount, Loyola, Fernandez and Lamar

Ms. Bolt and Litigants:

Attached herewith is the order of United States District Judge Keith Starrett granting my motion to amend the above captioned lawsuit to include Loyola University New Orleans, Ramona Fernandez and Janey Lamar as Mr. Abel and Mr. Yount's co-defendants in the litigation.

The purpose of this email to gauge your interest under FRCP 4 for waiving service of the complaint. Please indicate to me whether you will waive service under Rule 4.  I thank you kindly for your prompt reply.

Doug
Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (228) 284-0004
Fax: (601) 928-5129
www.slabbed.org

Exhibit 3