

*Exhibit 4*

**J. S. INVESTIGATIONS**
P. O. Box 6840
Slidell, Louisiana  70469

(985) 847-9954
FAX (985) 646-0783
Email: jsi@jsinvestigations.net
FEDERAL TAX ID #: 72-1321449

INVOICE #: 15-737310
DATE: 05-11-2015

BILL TO:

Mr. Douglas K. Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, Mississippi 39577

| RE: |
|---|
| Douglas Handshoe  v  Daniel G. "Danny" Abel |

| DATE | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 04-29-2015 | Executed service on Gita Bolt, Ramona Fernández and Janey Lamar through Gita Bolt | 4 | 75.00 | 300.00 |
|  | Mileage | 68 | .575 | 39.10 |
|  |  |  | **TOTAL** | **$339.10** |

PAID