

**J. S. INVESTIGATIONS**
P. O. Box 6840
Slidell, Louisiana  70469

(985) 847-9954
FAX (985) 646-0783
Email: jsi@jsinvestigations.net
FEDERAL TAX ID #: 72-1321449

**INVOICE #: 15-737331**
**DATE: 05-22-2015**

Exhibit 5

Paid 6/1/15
Ck # 1470
(KS)

**BILL TO:**

Mr. Douglas K. Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, Mississippi 39577

| RE: |
|---|
| Douglas Handshoe  v  Daniel G. "Danny" Abel |

| DATE | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 05-18-2015 | Executed service on Chris Yount and attempted service on Daniel Abel | 3.5 | 75.00 | 262.50 |
| | Mileage | 89 | .575 | 51.18 |
| | | | **TOTAL** | **$313.68** |