IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUN 03 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL, | ) | |
| CHRIS YOUNT, RAMONA FERNANDEZ, | ) | |
| JANEY LAMAR AND STUART SMITH | ) | DEFENDANTS |
| LAW CLINIC DBA LOYOLA | ) | |
| UNIVERSITY NEW ORLEANS | ) | |

**MOTION FOR AN EXTENSION OF TIME TO RESPOND**

Now unto the Court comes Plaintiff Douglas Handshoe pursuant to Fed. Rule Civ. Proc. 6(b), and submits this Motion of Extension of Time to respond/rebut Defendant Loyola University, Fernandez and Lamar's Motion to Dismiss under Fed. Rule Civ. Proc. 12(b)(2) and Fed. Rule Civ. Proc. 12(b)(6) (ECF #30 and 31) as more fully explained in the accompanying Memorandum of Law in support of this Motion.

Plaintiff prays the Court find this Motion to have merit and extends Plaintiff's time to respond to the Loyola Defendants Motion to dismiss under Fed. Rule Civ. Proc. 12(b) (2) and Fed. Rule Civ. Proc. 12(b)(6) until June 25, 2015.

Respectfully submitted this 3rd day of June, 2015,

_____
Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on June 3rd 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

Edward Hatten (MSB #8859)
Bradley Dean (MSB #101161)
Dukes, Dukes, Keating and Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com
bdean@ddkf.com
Attorneys for Ramona Fernandez, Janey Lamar and Loyola University New Orleans

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

Daniel G. Abel
Pro Se
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Chris Yount
Pro Se
545 Terrace Street
Jefferson, LA 70121

Respectfully submitted this 3rd day of June, 2015,

Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com