Exhibit 1

1          **TWENTY-FOURTH JUDICIAL DISTRICT COURT**

2                 **PARISH OF JEFFERSON**

3                 **STATE OF LOUISIANA**

4

5

6    CHRIS E. YOUNT             NUMBER:  736-680

7    VERSUS

8    DOUGLAS K. HANDSHOE       DIVISION  "D"

9

10

11           Proceedings taken in the above

12   numbered and entitled cause heard in open court on

13   March 30, 2015, before the Honorable Scott U. Schlegel,

14   presiding judge.

15            *    *    *    *    *

16

17             **A P P E A R A N C E S**

18

19   ATTORNEY FOR CHRIS YOUNT:

20

21          CHRIS E. YOUNT (in proper person)

22   ATTORNEY FOR BOBBY TRUITT:

23

24          BOBBY TRUITT

25   ATTORNEY FOR DOUGLAS K. HANDSHOE AND SLABBED:

26

27          CONNIE MONTGOMERY

28

29

30   **REPORTED BY:**

31   NANCY LAPORTE, CCR, OCR
       OFFICIAL COURT REPORTER
32   STATE OF LOUISIANA

1               P R O C E E D I N G S

2

3   THE CLERK:

4               Case No. 736-680, "Chris E. Yount

5               versus Douglas K. Handshoe."

6   MR. TRUITT:

7               Good morning, Your Honor, Bobby

8               Truitt on behalf of myself.

9   THE COURT:

10               Good morning.

11   MR. TRUITT:

12               Good morning, Judge.

13   MS. MONTGOMERY:

14               Connie Montgomery on behalf of Doug

15               Handshoe and Slabbed.

16   THE COURT:

17               Good morning.

18   MS. LAVIRE:

19               Good morning, Your Honor.  Janette

20               Lamire (phonetical), student practitioner

21               on behalf of the Loyola Law Clinic.

22   THE CLERK:

23               Please speak into the microphone.

24   MS. LAMIRE:

25               Let me repeat it.  Good morning, Your

26               Honor.  Janette Lamire on behalf of the

27               Stuart H. Smith Law Clinic.  And Ramona

28               Fernandez, supervising attorney.

29   MR. YOUNT:

30               Chris Yount representing myself.

31   THE COURT:

32               Very well.  Before we proceed, I want

```
 1              to see, number one, Mr. -- is it YOUNT or
 2              YAUNT?
 3   MR. YOUNT:
 4                   YAUNT.
 5   THE COURT:
 6                   Mr. Yount, have you retained Loyola
 7              to represent your child in this matter?
 8   MR. YOUNT:
 9                   Judge Molaison has.
10   THE COURT:
11                   In a domestic matter.  This is a
12              civil suit.  Have you retained them to
13              represent your child in this civil suit?
14   MR. YOUNT:
15                   No, no.
16   THE COURT:    So, my question is, what is the Loyola
17              making an appearance for the child?
18   MS. FERNANDEZ:
19                   May I respond to that?
20   THE COURT:
21                   Of course.  That's why I'm doing this.
22   MS. FERNANDEZ:
23                   Your Honor, since we were appointed to
24              represent the interest of the minor
25              child in the domestic matter, and the
26              issue of unsealing the record has come
27              up, that decision, whatever decision
28              you make as to that ruling is -- will
29              affect the interest of the minor
30              child, and therefore, as their attorney, we
31              are present to make sure that the, you
32              know, we make an argument and protect those
```

3

1      interests.

2           Additionally, Ms. Montgomery has

3      brought an issue of our representation

4      of the minor child and the child's

5      standing in these proceedings as an

6      issue.  And I believe that we have an

7      interest as well in making sure that

8      the child's argument is heard by the

9      Court as well.

10 THE COURT:

11          As to the motion to seal --

12      unseal only.

13  MS. FERNANDEZ:

14          Unseal the record and whether he

15      has standing or not to be before you.

16 THE COURT:

17          The question for the Court is,

18      you were appointed in a domestic matter

19      before Judge Molaison to deal with the

20      minor's interests in a domestic matter,

21      correct?

22 MS. FERNANDEZ:

23          That's correct.

24 THE COURT:

25          Okay.  This is a civil suit as it

26      relates to a defamation claim by

27      Mr. Yount, individually and on behalf of

28      the minor child as his tutor.

29 MS. FERNANDEZ:

30          That's correct.

31 THE COURT:

32          Do you-all represent, have enrolled,

```
1                been retained in any way, shape or form to
2                represent the child in the civil suit for
3                the defamation claim?  I understand you're
4                wanting to take a position on the unsealed
5                because it may or may not affect the
6                interests of the child in the domestic
7                matter, but it's -- correct me if I'm
8                wrong -- in the Fifth Circuit you-all
9                filed something and then pulled out of
10               that one, an unsigned.
11  MS. FERNANDEZ:
12                    We --
13  THE COURT:
14                    I'm just trying to get procedurally.
15               I'm not hearing any arguments.
16  MS. FERNANDEZ:
17                    Correct.  Correct.  In the Fifth
18               Circuit we enrolled as attorney for the
19               child, Your Honor.
20  THE COURT:
21                    But then was there not a letter from
22               your -- from Mr. Quigley withdrawing your
23               signature from that?
24  MS. FERNANDEZ:
25                    That was withdrawing the signature as
26               to adopting Mr. Yount's brief, but not as
27               a representative of the child.  As a
28               representative of the child, we enrolled
29               on his behalf.  So --
30  THE COURT:
31                    You've not been retained by Mr. Yount
32               in this civil matter, correct?
```

MS. FERNANDEZ:

      No, we have not.

THE COURT:

      Okay.  Thank you.

      Anything from your side?

      Again, I'm not hearing -- I'm just trying to find out if I've got the proper people here to hear the motions.

MR. TRUITT:

      The only thing I would add to that, Your Honor, is that I think what Ms. Fernandez has represented to the Court is incorrect.  They've actually taken a substantive position in the Fifth Circuit on Mr. Handshoe's dismissal on the 971 motion.  They filed a brief.  They opposed -- or they filed a brief in support of the reversal of this Court's decision on the 971 motion.  So I think that Ms. Fernandez has not been completely candid with the Court in terms of they're not just here to protect the child's interests relative to the unsealing of the record.  They're here on the defamation suit, and I think that's inappropriate, Judge.

THE COURT:

      Again, I'm trying to find out if you've been retained -- I'll address whether or not I'll let you have, you know, stand there or not.  Mr. Yount, you are the natural tutor of the child,

```
 1              correct?
 2  MR. YOUNT:
 3                  Correct.
 4  THE COURT:
 5                  Have you retained these individual
 6              lawyers to represent your child in this
 7              civil matter?
 8  MR. YOUNT:
 9                  No.
10  THE COURT:     Very well.  Again, I'm not going to
11              let you sit there at the table.  You're
12              more than welcome to give your position on
13              the motion to unseal as it relates to the
14              domestic case.  I'm happy to hear from
15              you-all.  But as far as the special motion
16              to strike, the motion to determine -- to
17              do the status conference, again, I don't
18              know that you have standing based on
19              Mr. Yount's comment that you don't -- that
20              you-all don't represent the child's
21              interest in this civil suit.  Thank you.
22                  A couple of other issues that the
23              Court has.  Mr. Yount -- again, forgive me
24              if I mispronounce your name.
25  MR. YOUNT:
26                  Understood.
27  THE COURT:
28                  One, you have called the Court's
29              chambers on a number of occasions.  It is
30              inappropriate or improper for my staff to
31              talk to you in any way, shape, or form,
32              other than giving you a date for which
```