Douglas Handshoe                    Exhibit 3

| | |
|---|---|
| **From:** | 27400313@tickets.hostgator.com |
| **Sent:** | 02/28/2014 3:15 PM |
| **To:** | dkhcpa@netdoor.com |
| **Subject:** | Ticket [CGN-27400313]: TOS/DMCA : gator4018 : dkhcpa |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

# HostGator

### Ticket: CGN-27400313 - TOS/DMCA : gator4018 : dkhcpa

Hello,

We have received a Digital Millennium Copyright Act ("DMCA") complaint involving domains under your control. Please note that Hostgator has only passed on the sufficiency of the Claimant's notice, per 17 U.S.C. Sec. 512, and has not sought to determine whether the Infringing Materials on the Web Site do indeed infringe upon the Claimant's intellectual property rights.

Within a forty-eight (48) hour period, we will need you to remove, or disable access to, the material that is claimed to be infringing or we will have to disable this material to be in compliance with federal DMCA laws. A copy of the original DMCA notice is listed below our contact information.

Under the Digital Millennium Copyright Act, your rights as a Respondent to this complaint include, but are not limited to, a possible counter-notification to us, per 17 U.S.C. Sec. 512(g)(3). We encourage you to review the federal statutory procedures for filing a counter-notification and seeking legal advice to see if taking such an action would be appropriate. We cannot provide individual legal advice, and do not analyze your particular website or activity for the legality of its content.

You may send a counter-notification using postal mail or fax; email is not accepted.

Our postal address is:

HostGator.com LLC ATTN : Legal Department
5005 Mitchelldale, Suite #100
Houston, TX 77092

Our Fax is: (281) 476-7801

--

Received on: 2014-02-28 14:07:24 Reply Number: 1
Abuse
Host Gator

1

I recently contacted you regarding an Order from the Civil District Court in Louisiana in the matter of Yount v. Steitle. A copy of the relevant Court Order was attached.

In addition to publishing sexually explicit material involving a minor, Douglas Handshoe has published a drawing that is the creative work of the minor child. He has no permission to publish or reproduce this image in violation of copyright.

I represent the father & guardian of the author of the drawing.

The infringing image is being published at the URL
http://slabbed.org/wp-content/uploads/2014/02/divorce-imaged-1-23-14.jpg

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law. I swear, under penalty of perjury, that the information in the notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is infringed.

My name below serves as my digital signature.

Daniel G. Abel, Esq.
(504) 908-2033


---
Best regards,

Sham C
Senior Security Administrator
Hostgator.com, LLC

To reply to this ticket, please be sure to email 27400313@tickets.hostgator.com from the email address you created the ticket with.

**SLABBED NEW MEDIA, LLC** — The Alternative New Media for the Gulf South

VIA US MAIL AND FASCIMILIE TO (281) 476-7801

HostGator.com LLC
ATTN : Legal Department
5005 Mitchelldale, Suite #100
Houston, TX 77092

RE:   Ticket CGN-27400313
      DMCA Counter notification for mistaken removal

Dear Sir or Madam:

Please find attached to this letter a list of material removed pursuant to 17 U.S.C. Section 512. This material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.

For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which I reside which is the United States District Court for the Southern District of Mississippi, Southern Division. I also consent to service of process by the person providing notification under Section 512(c)(1)(C) or that person's agent for any action brought in that jurisdiction related to this 17 U.S.C. Sec. 512(g)(3) counter notification

However, by this letter, I do not waive any other rights, including the ability to pursue an action against Mr. Abel for the wrongful removal or disabling of access to this material.

Having complied with the requirements of Section 512(g) (3), I will replace the blocked or removed material and cease disabling access to it on March 15, 2014 unless I am notified Mr. Abel files an action under 17 U.S.C. Section 512 in the US District Court for the Southern District of Mississippi. I will notify you when the material in question has been restored.

I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.

Sincerely,

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (228) 284-0004
Facsimile: (601) 928-5129

Cc:   Daniel G. Abel (Via email with enclosures)
      Jack E. Truitt, Esq. (Via email with enclosures)

**TICKET CGN-27400313**
**DMCA COUNTER NOTIFICATION FOR MISTAKEN REMOVAL**
**LIST OF MATERIAL REMOVED FROM SLABBED NEW MEDIA WEBSITE UNTIL MARCH 15, 2014**

http://slabbed.org/wp-content/uploads/2014/02/divorce-imaged-1-23-14.jpg

**Douglas Handshoe**

| | |
|---|---|
| **From:** | 27400313@tickets.hostgator.com |
| **Sent:** | 03/05/2014 9:32 AM |
| **To:** | dkhcpa@netdoor.com |
| **Subject:** | Update to Ticket ID CGN-27400313: |

Click here to rate your experience.



# HostGator

## Ticket: CGN-27400313

Hello,

Thank you for the update. We have accepted the DMCA Counter Notice and forwarded a copy along to the complainant. Please note that we are considering the 10 business day mark to be 03/18/2014, please do not re-enable the originally identified material until after we have updated you indicating that we have not received any notice of filed legal action seeking an injunction to prevent the material from being re-enabled on our network.

Sincerely,
Ford M.
HostGator.com

**Your feedback is important to us.**

**How likely are you to recommend our services to a friend or colleague?**

Please take a moment to rate your experience.

Not at all likely     Extremely likely

[0] [1] [2] [3] [4] [5] [6] [7] [8] [9] [10]

To reply to this ticket, please be sure to email 27400313@tickets.hostgator.com from the email address you created the ticket with.

1

**Douglas Handshoe**

| | |
|---|---|
| **From:** | 27400313@tickets.hostgator.com |
| **Sent:** | 03/18/2014 2:29 PM |
| **To:** | dkhcpa@netdoor.com |
| **Subject:** | Update to Ticket ID CGN-27400313: |

Click here to rate your experience.



# HostGator

### Ticket: CGN-27400313

Hello,

At this time we have not received any notice of filed legal action from the complainant in the presence of the DMCA Counter Notice you have provided, and if you so choose, you are free to re-enable the originally identified material. Please let us know if you have any further questions or concerns.

Sincerely,
Ford M.
HostGator.com

**Your feedback is important to us.**

**How likely are you to recommend our services to a friend or colleague?**

Please take a moment to rate your experience.

Not at all likely     Extremely likely

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

To reply to this ticket, please be sure to email 27400313@tickets.hostgator.com from the email address you created the ticket with.

1