24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON
STATE OF LOUISIANA

NO. 665-658   DIV. "E"

CHRIS EDWIN YOUNT
VERSUS
TAMI RENE STEITLE

FILED: February 24, 2014

_____
Deputy Clerk

**JUDGMENT**

This matter came before Judge John J. Molaison, Jr. on the 18th day of February 2014.

Present:   CHRIS E. YOUNT, Plaintiff
   DANIEL G. ABEL, Attorney for Plaintiff
   TAMI RENE STEITLE, PRO SE DEFENDANT

After the testimony, evidence, argument of counsel and defendant and reviewing the pleadings the Court issued the following the Judgment:

IT IS ORDERED the following exhibits, previously filed into the records, are now under seal: filed on 01.16.2014 Exhibits A – Drawings (6 pgs), Exhibit B – Drawings (3 pgs), Exhibit C – Suspension Sheet (6 pgs), Exhibit D – Emails (2 pgs); and filed on 06.09.2009 the report authored by Martha Buijanda (28 pgs). Also, under seal the Judgment signed by Judge Raymond Steib – Div. A on12.30.2013.

IT IS ORDERED that both parents are to subscribe to the "Family Wizard (with toner).

IT IS ORDERED that Karen Houghtaling be appointed as the parent coordinator with access to the "Family Wizard". Both parties are to contact Ms. Houghtaling within seven (7) days.

IT IS ORDERED that the Stuart Smith Law Clinic is to represent the minor child.

IT IS ORDERED that Ms. Steitle is to have visitation with the minor child on weekends from Fridays after school until 5pm on Sundays, and minor is not to choose between parents in regards to weekend visitation.

IT IS ORDERED that the minor will spend two hours with Ms. Steitle on Wednesdays from 5pm to 7pm, and Ms. Steitle is no longer required to assist with homework assignments during this visitation time.

==IT IS ORDERED that both parties and counsel do whatever maybe required to have all matters pertaining to the minor child removed from the website Slabbed.org.==

JUDGEMENT RENDERED ON 18TH day of February 2014.

JUDGEMENT SIGNED this 24th day of February 2014, Gretna, Louisiana.

_____
JUDGE

ISSUED: _____
DATE: 2/25/14

_____
Deputy Clerk

EXHIBIT A