





**Extremely Urgent**

RECEIVED
JUN 08 2015
H'Burg
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

bility.

e also means getting it there sustainably,
BP Target Neutral to use carbon offsets
. Of course, the envelope is made from
00% recyclable, and is reusable.

FedEx solutions for a more

om to learn more.

al

### For FedEx Express® Shipments Only

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2012 FedEx 158011 REV 1/12