IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                   **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO. 1:14cv159-KS-MTP**

**DANIEL G. "DANNY" ABEL,
CHRIS YOUNT, RAMONA FERNANDEZ,
JANEY LAMAR AND STUART SMITH
LAW CLINIC DBA LOYOLA UNIVERSITY
NEW ORLEANS**                                       **DEFENDANTS**

## ORDER

On June 9, 2015, Defendant Chris Yount ("Movant") filed his Motion to Dismiss [44]. Pursuant to Local Uniform Civil Rule 7(b)(4), Plaintiff ("Respondent") is required to file a response and memorandum brief within fourteen (14) days after service of Movant's motion. Pursuant to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is to be included unless it is a Saturday, Sunday, or legal holiday. Further, Federal Rule of Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the filing of the response. In accordance with the preceding Rules, the Court fixes the date certain for the response as on or before **June 26, 2015.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movant desires to submit a rebuttal memorandum, he may do so within seven (7) days after service of the Respondent's memorandum brief in response. In accordance with Local Uniform Civil Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for the rebuttal as on or before **July 6, 2015.**

If either the Respondent or Movant wishes to extend the time allotted for filing the response or rebuttal, the applicable party shall file a motion for additional time prior to

the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movant's original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondent's memorandum brief shall not exceed thirty-five (35) pages.  If either the Respondent or Movant wishes to exceed the number of pages for briefing available, the applicable party shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 10th day of June, 2015.

> *s/ Keith Starrett*
> UNITED STATES DISTRICT JUDGE