

# Delbert Hosemann
## Secretary of State

This is not an official certificate of good standing.

### Name History

**Name**  
LOYOLA UNIVERSITY

**Name Type**  
Legal

### Business Information

**Business Type:** Non Profit Corporation  
**Business ID:** 591419  
**Status:** Good Standing  
**Effective Date:** 09/30/1992  
**State of Incorporation:** LA  
**Principal Office Address:** 6363 ST CHARLES AVE  
NEW ORLEANS, LA 70118

### Registered Agent

**Name**  
MARGUERITE THOMPSON  
105 S UNION ST  
NATCHEZ, MS 39121

### Officers & Directors

| Name | Title |
| --- | --- |
| JAMES C CARTER | President |
| LAWRENCE MOORE | Director, Secretary, Treasurer |

Exhibit 1