Exhibit 2

GEX & ADAMS
Attorneys at Law
P.O. Drawer 47
Waveland, MS 39576

#4795-J4Y

WARRANTY DEED

BOOK A87 PAGE 110

STATE OF MISSISSIPPI

COUNTY OF HANCOCK

FOR AND IN CONSIDERATION of the sum of TEN DOLLARS ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, STEWART JOSEPH LAGARDE, herein acting through his Agent and Attorney-in-Fact, F. HENRI LAPEYRE, JR., pursuant to Power of Attorney dated August 10, 1984, attached hereto, does hereby convey and warrant unto LOYOLA UNIVERSITY, a Louisiana non-profit corporation, whose mailing address is 6363 St. Charles Avenue, New Orleans, Louisiana 70118, the following described property situated and being in Hancock County, Mississippi, to-wit:

> That certain lot or parcel of land fronting on the Gulf of Mexico or Mississippi Sound in the width of 91-1/2 feet, and running back, between parallel lines 91-1/2 feet apart, a distance of 400 feet; said land being bounded on the Northeast by Lot 34 and part of Lot 35, now or formerly assessed to Fred W. Schrieber; Northwest by part of Lot 37, now or formerly assessed to James Fisher; on the Southwest by an avenue known as Ventress; and on the Southeast by the Gulf of Mexico or Mississippi Sound; the land herein conveyed being Lot 36 and part of Lot 37 of the Third Ward of the Town of Waveland, Hancock County, Mississippi, as per map or plat of said Town made by E. S. Drake, Civil Engineer, and filed for record in the office of the Chancery Clerk of Hancock County, Mississippi, on July 5, 1905; and being the identical property acquired by Stewart Joseph Lagarde from June Kepper Lagarde by Warranty Deed dated January 3, 1973, as appears of record in Book Y-1, Pages 432 - 433, Deed Records of Hancock County, Mississippi.

> Together with all and singular the rights, privileges, improvements and appurtenances to the same belonging or in anywise appertaining.

This conveyance is subject to any restrictions or easements as appear of record.

Taxes for the year 1984 have been pro-rated and assumed by the Grantee herein.

The herein conveyed property forms no part of the homestead of the Grantor.

WITNESS MY SIGNATURE as Agent and Attorney-in-Fact on this, the 28th day of August, A.D., 1984.

STEWART JOSEPH LAGARDE

By: _____
F. HENRI LAPEYRE, JR.
Agent and Attorney-in-Fact

STATE OF LOUISIANA
PARISH OF ORLEANS

BOOK 2087 PAGE 221

  PERSONALLY APPEARED BEFORE ME, the undersigned authority, a Notary Public in and for the Parish of Orleans, State of Louisiana, the within named F. HENRI LAPEYRE, JR., who acknowledged to me that he signed and delivered the above and foregoing instrument as Agent and Attorney-in-Fact for and on behalf of STEWART JOSEPH LAGARDE on the day and year therein mentioned.

  GIVEN under my hand and official seal of office on this, the 28 day of August, A.D., 1984.

CHARLES L. DENECHAUD, III
Notary Public
Parish of Orleans
State of Louisiana

My commission is issued for life.

2

POWER OF ATTORNEY

STATE OF LOUISIANA
PARISH OF ORLEANS

BOOK M87 PAGE 222

KNOW ALL MEN BY THESE PRESENTS That:

I, STEWART JOSEPH LAGARDE, do hereby appoint and constitute F. HENRI LAPEYRE, JR. as my true and lawful agent and attorney-in-fact for purposes of selling, conveying and warranting title unto LOYOLA UNIVERSITY, a Louisiana non-profit corporation, the following described property situated in the Town of Waveland, Hancock County, Mississippi, to-wit:

> That certain lot or parcel of land, together with all buildings, improvements, appurtenances, furnishings and appliances situated thereon, said lot or parcel of land fronting on the Gulf of Mexico or Mississippi Sound in the width of 91-1/2 feet, and running back, between parallel lines 91-1/2 feet apart, a distance of 400 feet; said land being bounded on the Northeast by Lot 34 and part of Lot 35, now or formerly assessed to Fred W. Schrieber; Northwest by part of Lot 37, now or formerly assessed to James Fisher; on the Southwest by an avenue known as Ventress; and on the Southeast by the Gulf of Mexico or Mississippi Sound; the land herein conveyed being Lot 36 and part of Lot 37 of the Third Ward of the Town of Waveland, Hancock County, Mississippi, as per map or plat of said Town made by E. S. Drake, Civil Engineer, and filed for record in the office of the Chancery Clerk of Hancock County, Mississippi, on July 5, 1905; and being the identical property acquired by Stewart Joseph Lagarde from June Kepper Lagarde by Warranty Deed dated January 3, 1973, as appears of record in Book Y1, page 432, Record of Deeds of Hancock County, Mississippi.

The Warranty Deed to be executed by the aforesaid agent and attorney-in-fact shall contain such terms and provisions and be made for such price and consideration as said agent and attorney-in-fact may, in his sole discretion, deem appropriate. Said agent and attorney-in-fact is hereby authorized to receive and receipt for the price paid for the sale of the aforesaid property.

WITNESS MY SIGNATURE on this 10th day of August, 1984.

_____
STEWART JOSEPH LAGARDE

STATE OF LOUISIANA
PARISH OF ORLEANS

Personally appeared before me, the undersigned authority, a Notary Public in and for the Parish of Orleans, State of Louisiana, the within named STEWART JOSEPH LAGARDE, who acknowledged to me that he signed and delivered the above and foregoing Power of Attorney on the day and year therein mentioned.

GIVEN under my hand and official seal on this, the 10th day of August, 1984.

_____
DAVID W. RUSCH
NOTARY PUBLIC
PARISH OF ORLEANS, STATE OF LOUISIANA
My commission is issued for life.

STATE OF MISSISSIPPI
COUNTY OF HANCOCK

I, E. MICHAEL NECAISE, Clerk of the Chancery Court of said County, certify that the within instrument was filed for record in my office on this the 10th day of September, 1984, at 1:30 o'clock P M, and duly recorded in Deed Record Book No. M87, Page No. 220-222.

WITNESS my hand and seal of Office, this the 11th day of September, 1984.

E. MICHAEL NECAISE, Chancery Clerk

By _____ D.C

### \*\*\* Certified Copy Page \*\*\*

I, Timothy A Kellar, Chancery Clerk, do hereby certify that the foregoing is a FULL, TRUE and CORRECT copy of the Instruments(s) herewith set out as same appears of record in: Deed BOOK - 28087, AT PAGE - 120 in said court.

Witness my hand and seal this 1 Day of June, 2015.

Timothy A Kellar
Chancery Clerk
Hancock County, MS
DC: _____

Printed: 06-01-2015 03:12:09 PM
Optical file reference: d78.6db7