AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14CV159 KS-MTP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Daniel Abel__
was received by me on *(date)* __Aug 11, 2015__ .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or
__mailed First Class Return receipt__

☑ I left the summons at the individual's residence or usual place of abode with *(name)* __Bo Garrison__
_____ , a person of suitable age and discretion who resides there,
on *(date)* __Aug 13, 2015__ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __30.55__ for travel and $ _____ for services, for a total of $ __30.55__ ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __8-14-15__

_____
Server's signature, Owner

Henry D. Ward   Tourism Business Solutions, Owner
Printed name and title

2308 Arnold Street
Waveland, MS 39576
Server's address

Additional information regarding attempted service, etc:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 14 2015
BY_____ ARTHUR JOHNSTON
                              DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe<br><br>*Plaintiff(s)*<br>v.<br>Daniel G. Abel, Chris Yount<br>Janey Lamar, Ramona Fernandez and Stuart SMith<br>Law Clinic dba Loyola University New Orleans<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:14CV159 KS-MTP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Abel
2421 Clearview Parkway #106
Metairie, LA 70001-1239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint *Amended* or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Douglas Handshoe
Post Office Box 788
110 Hall Street
Wiggins, MS 39577

If you fail to respond, judgment by default will be entered against you for the relief demanded in the *Amended* complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date:  April 15, 2015                              _____
                                                         *Signature of Clerk or Deputy Clerk*

| English | Customer Service | USPS Mobile | | Register / Sign In |

# USPS.COM

## USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 9468703699300000806529

**On Time**
Expected Delivery Day: Thursday, August 13, 2015
Signed for By: B GARRISON //  METAIRIE, LA  70001 // 11:52 am

### Product & Tracking Information

**Postal Product:**
Priority Mail 2-Day™

**Features:**
Adult Signature     Insured

### Available Actions

Proof of Delivery

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| August 13, 2015 , 11:52 am | Delivered | METAIRIE, LA 70001 |

Text Updates

Email Updates

Your item was delivered at 11:52 am on August 13, 2015 in METAIRIE, LA 70001. The item was signed for by B GARRISON.

| | | |
| --- | --- | --- |
| August 13, 2015 , 8:30 am | Sorting Complete | METAIRIE, LA 70001 |
| August 13, 2015 , 6:36 am | Arrived at Post Office | METAIRIE, LA 70001 |
| August 13, 2015 , 4:40 am | Departed USPS Facility | NEW ORLEANS, LA 70113 |
| August 12, 2015 , 9:25 pm | Arrived at USPS Destination Facility | NEW ORLEANS, LA 70113 |
| August 11, 2015 , 7:41 pm | Departed USPS Facility | GULFPORT, MS 39503 |
| August 11, 2015 , 7:06 pm | Arrived at USPS Origin Facility | GULFPORT, MS 39503 |
| August 11, 2015 , 4:15 pm | Acceptance | BAY SAINT LOUIS, MS 39520 |
| August 11, 2015 | Pre-Shipment Info Sent to USPS | |

## Track Another Package

Tracking (or receipt) number

[                                    ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›

Search or Enter a Tracking Number 

Case 1:14-cv-00159-KS-MTP   Document 58   Filed 08/14/15   Page 4 of 4

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.