SLABBED NEW MEDIA, LLC

The Alternative New Media for the Gulf South

Via United States Post Office Priority Mail Tracking Number 9405 9036 9930 0378 2080 50

March 13, 2015

Daniel Abel
2421 Clearview Parkway #106
Metairie, LA 70001-1239

RE:  Handshoe v Abel et al.
     Case Number 14cv159

Dear Mr. Abel:

Enclosed herewith are duplicate copies of Waiver of Service along with Notice of Lawsuit and a copy of the complaint, which I filed this day with the United States District Court in Gulfport, Mississippi.

Should you decide to not waive service, I will have the complaint served upon you by process server and will file a motion with the Court to make you pay the associated costs for service of process.

Sincerely,

*[signature]*

Douglas Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577
Phone: (601) 928-5380
Facsimile: (601) 928-5129