Exhibit 2



J. S. INVESTIGATIONS
P. O. Box 6840
Slidell, Louisiana   70469

(985) 847-9954
FAX (985) 646-0783
Email: jsi@jsinvestigations.net
FEDERAL TAX ID #:  72-1321449

INVOICE #: 15-737331
DATE:  05-22-2015

BILL TO:

Mr. Douglas K. Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, Mississippi 39577

| RE: |
|---|
| Douglas Handshoe  v  Daniel G. "Danny" Abel |

| DATE | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 05-18-2015 | Time spent traveling to 24th Judicial District Courthouse and executing service on Chris Yount | 2.25 | 75.00 | 168.75 |
| | Mileage | 74 | .575 | 42.55 |
| | | | TOTAL | $211.30 |