

Exhibit 3

**J. S. INVESTIGATIONS**
P. O. Box 6840
Slidell, Louisiana  70469

(985) 847-9954
FAX (985) 646-0783
Email: jsi@jsinvestigations.net
FEDERAL TAX ID #: 72-1321449

**INVOICE #: 15-737331**
**DATE: 05-22-2015**

BILL TO:
Mr. Douglas K. Handshoe
Slabbed New Media, LLC
Post Office Box 788
Wiggins, Mississippi 39577

| RE: |
| --- |
| Douglas Handshoe  v  Daniel G. "Danny" Abel |

| DATE | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- |
| 05-18-2015 | Time spent traveling to Super 8 Motel, Metairie, LA to attempt service on Daniel Abel | 1.25 | 75.00 | 93.75 |
|  | Mileage | 15 | .575 | 8.63 |
|  |  |  | **TOTAL** | **$102.38** |

PAID