

IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI SOUTHERN DIVISION

DOUGLAS HANDSHOE                                              PLAINTIFF

vs                              CIVIL ACTION NO. 1:14-CV-00159-KS-MTP

DANIEL G. "DANNY" ABEL, et al                                 DEFENDANTS

### DEFENDANT'S MOTION TO PLACE FUNDS IN THE COURT'S REGISTRY

COME NOW, Defendant, Chris E. Yount (Mr. Yount), *Pro Se* Litigant, to file the following motion before the Court:

Mr. Yount would like the courts permission to place a Certified Cashier's Check in the amount of $211.30 regarding the Service of Process which I dispute as all Louisiana Defendants have disputed along with the jurisdiction and venue of the District Courts in the Southern District or in any District in the State of Mississippi.

I would request that the amount ordered by this Honorable Court be placed in the registry of the Court by the Clerk of Court until such time as all matters are resolved and this matter is transferred to a federal court of actual jurisdiction or dismissed.



Respectfully submitted this the 14th day of October, 2015.

                               Chris E. Yount, Defendant

                               BY: Chris E. Yount

CHRIS E. YOUNT
545 TERRACE STREET
JEFFERSON LA 70121
Email : ceyount@gmail.com

## CERTIFICATE OF SERVICE

I, Chris E. Yount do hereby certify that on this day I FedEx the foregoing with the Clerk of the Court, then sent notification of such filing to the following by email and also mailed the same via U.S. Mail to the following:

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
110 Hall St.
Wiggins, MS 39577

Daniel G. Abel, Pro Se Defendant
2421 Clearview Parkway
Metairie, LA 70001

W. Edward Hatten Jr. (MSB #8859)
Bradley E. Dean (MSB #101161)
DUKES, DUKES, KEATING & FANECA, P.A.
2909 13th Street, Suite 601
Post Office Drawer W
Gulfport MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
Email: ed@ddkf.com
       bdean@ddkf.com

This the 14th day of October, 2015.

BY: /s/ Chris E. Yount

CHRIS E. YOUNT
545 TERRACE STREET
JEFFERSON LA 70121
Email: ceyount@gmail.com