FILED

OCT 21 2015

SOUTHERN DISTRICT OF MISSISSIPPI

ARTHUR JOHNSTON

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL, | ) | |
| CHRIS YOUNT, RAMONA FERNANDEZ, | ) | |
| JANEY LAMAR AND STUART SMITH | ) | DEFENDANTS |
| LAW CLINIC DBA LOYOLA | ) | |
| UNIVERSITY NEW ORLEANS | ) | |

### MOTION TO ENFORCE COURT ORDER

NOW INTO COURT comes Plaintiff Douglas Handshoe, to request that this Honorable

Court enforce its order dated September 14, 2015 pursuant to Fed. Rule Civ. Proc. 4(d)(2) which

required defendant Chris Yount reimburse Plaintiff the cost of service of process in the amount

of $211.30 as more fully explained in the accompanying Memorandum of Law in support of this

Motion.

Respectfully submitted this 20th day of October, 2015,

_____

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on October 20th 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

> Edward Hatten (MSB #8859)
> Bradley Dean (MSB #101161)
> Dukes, Dukes, Keating and Faneca, P.A.
> Post Office Drawer W
> Gulfport, MS 39502
> Phone: (228) 868-1111
> Fax: (228) 863-2886
> ed@ddkf.com
> bdean@ddkf.com
> Attorneys for Ramona Fernandez, Janey Lamar and Loyola University New Orleans

> Chris Yount
> Pro Se
> 545 Terrace Street
> Jefferson, LA 70121

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

> Daniel G. Abel
> Pro Se
> C/O The Super 8 Motel / Desai Enterprises
> 2421 Clearview Parkway, Room 106
> Metairie, LA 70001

Respectfully submitted this 20th day of October, 2015,

Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com