SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 21 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL, | ) | |
| CHRIS YOUNT, RAMONA FERNANDEZ, | ) | |
| JANEY LAMAR AND STUART SMITH | ) | DEFENDANTS |
| LAW CLINIC DBA LOYOLA | ) | |
| UNIVERSITY NEW ORLEANS | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE COURT ORDER**

**MAY IT PLEASE THE COURT**

Plaintiff Douglas Handshoe presents this memorandum in support of his Motion to Enforce Court Order. In its order dated September 14, 2015 this Court well recited the procedural background in this instant matter and ordered that Defendant Chris Yount:

> **On or before October 14, 2015, Defendant Yount shall pay to Plaintiff the sum of $211.30.**

On October 15, 2015 after not complying with the previous order of this Court Mr. Yount instead filed a Motion requesting permission to place the amount he was ordered to be pay to Plaintiff "into the registry of the clerk of court". After receiving Mr. Yount's Motion via the ECF system on October 15, 2015, Plaintiff sent an amicable, courtesy email to Mr. Yount asking that he comply with the previous order of this Court and remit the $211.30 to Plaintiff via overnight courier service. Mr Yount has neither responded to the email nor fulfilled his obligation pursuant to the order of this Court. Moreover, Mr. Yount has previously presented no defense to this award of Costs under Federal Rule of Civil Procedure 4(d)(2) instead continuing to argue the merits of this case by asserting that this case "should be stayed, transferred, or dismissed."

1

## CONCLUSION

Because Mr. Yount is unwilling to comply with the previous orders of this Court, Plaintiff prays this Honorable Court, in its sound discretion, take whatever action that it may deem necessary to effectuate the enforcement of its order entered September 14, 2015.

Respectfully submitted this 20th day of October, 2015,

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on October 20th 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

Edward Hatten (MSB #8859)
Bradley Dean (MSB #101161)
Dukes, Dukes, Keating and Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com
bdean@ddkf.com
Attorneys for Ramona Fernandez, Janey Lamar and Loyola University New Orleans

Chris Yount
Pro Se
545 Terrace Street
Jefferson, LA 70121

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

Daniel G. Abel
Pro Se
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Respectfully submitted this 20th day of October, 2015,

_____
Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com