

Shipping label:

FROM:
DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #: 9405 8036 9930 0094 4440 32

Expected Delivery Date: 10/22/15
Mailed from 39520  10/20/15
PRIORITY MAIL 2-DAY
US POSTAGE $5.05
Commercial Base Pricing
Electronic Rate Approved #038555749