IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DOUGLAS HANDSHOE ) PLAINTIFF
)
v. ) CIVIL ACTION NO. 1:14CV159 KS-MTP
)
DANIEL G. "DANNY" ABEL, )
CHRIS YOUNT, RAMONA FERNANDEZ, )
JANEY LAMAR AND STUART SMITH ) DEFENDANTS
LAW CLINIC DBA LOYOLA )
UNIVERSITY NEW ORLEANS )

## MOTION FOR CONTEMPT

NOW INTO COURT comes Plaintiff Douglas Handshoe, to request that this Honorable Court require that Defendant Chris Yount show cause why he should not be found in contempt for failure to follow the order of this Honorable Court dated September 14, 2015 which required Defendant to reimburse Plaintiff the cost of service of process in the amount of $211.30 as more fully explained in the accompanying Memorandum of Law in support of this Motion.

Respectfully submitted this 3rd day of November, 2015,

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on November 3rd, 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

Edward Hatten (MSB #8859)
Bradley Dean (MSB #101161)
Dukes, Dukes, Keating and Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com
bdean@ddkf.com
Attorneys for Ramona Fernandez, Janey Lamar and Loyola University New Orleans

Chris Yount
Pro Se
545 Terrace Street
Jefferson, LA 70121

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

Daniel G. Abel
Pro Se
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Respectfully submitted this 3rd day of November, 2015,

_____
Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com