# PRIO
# ★ MA

 DATE OF DI

 USPS TRAC

 INSURANC

 PICKUP AV

\* Domestic on



UNITED STATES POSTAL SERVICE®  Click-N-Ship®

9405 8036 9930 0104 1908 05 0050 5000 0013 9501

usps.com
$5.05
US POSTAGE
Flat Rate Env

Commercial Base Pricing
Mailed from 39520   062S0000001307

11/03/15

Expected Delivery Date: 11/05/15

0006

C024

PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

SHIP   HON. ARTHUR S JOHNSON
TO:    UNITED STATES DISTRICT CLERK
       2012 15TH ST
       STE 403
       GULFPORT MS 39501-2036

USPS TRACKING #



RECEIVED
NOV 04 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

WHEN USED INTERN
A CUSTOMS DECL
LABEL MAY BE RE

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE