

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**DOUGLAS HANDSHOE**            **PLAINTIFF**

v.            **CIVIL ACTION NO. 1:14CV159 KS-MTP**

**DANIEL G. "DANNY" ABEL,
CHRIS YOUNT, RAMONA FERNANDEZ,
JANEY LAMAR AND STUART SMITH**      **DEFENDANTS**
**LAW CLINIC DBA LOYOLA
UNIVERSITY NEW ORLEANS**

*************************************************************

## OPPOSITION TO MR. HANDSHOE'S MOTION FOR CONTEMPT

**MAY IT PLEASE THE COURT**

     Defendant Chris E. Yount first sent the Court and Its Clerk a motion to place the amount ordered by this Court in Its registry until such time as the issues of jurisdiction and venue were decided, and if necessary, appealed.

     The Court subsequently ordered me to provide a check to Mr. Handshoe himself. I have obtained a cashiers check [Exhibit A - Cashiers Check] and sent the check by certified mail to Mr. Handshoe [Exhibit B - Receipt of Certified Mail].

     Mr. Handshoe should notify the Court as soon as he gets the letter and the check.

     Mr. Handshoe appears to be ignoring the stay issued by the bankruptcy court in Mississippi, as Mr. Handshoe claims that Slabbed New Media, LLC [the company owned and operated by Mr. Handshoe and his wife] is responsible for all of his actions. If the stay applied to

everyone else, it must apply to Mr. Handshoe as well. For this reason alone, his motion and this matter should be stayed as well.

However, in light of the evidence produced with this opposition, Mr. Handshoe's motion to hold me in contempt should be denied.

Respectfully submitted,

Chris E. Yount, Pro Se Defendant
545 Terrace Street
Jefferson LA 70121
Email: ceyount@gmail.com

## CERTIFICATE OF SERVICE

I, Chris E. Yount, hereby certify that on November 4th, 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using Federal Express which then would send a notification of such filing to the following ECF participants:

Edward Hatten (MSB #8859)
Bradley Dean (MSB # 101161 )
Dukes, Dukes, Keating and Faneca, P.A.
Post Office Drawer W
Gulfport, MS 39502
Phone: (228) 868-1111
Fax: (228) 863-2886
ed@ddkf.com
bdean(a).ddkf.com
Attorneys for Ramona Fernandez, Janey Lamar and Loyola University New Orleans

I, Chris E, Yount, certify I have sent a true and correct copy of the foregoing via email to:
Daniel G. Abel, Pro Se Defendant
Email: danielpatrickegan@gmail.com

Respectfully submitted this 4th day of November, 2015,

Chris E. Yount, Pro Se Defendant
545 Terrace Street
Jefferson LA 70121
Email: ceyount@gmail.com