Chris E. Yount
545 Terrace Street
Jefferson LA 70121

**CERTIFIED MAIL**

7013 0600 0001 1955 9014

Doug K. Handshoe
110 Hall Street
Wiggins MS 39577

---

**WHITNEY BANK**
METAIRIE ROAD

**CASHIER'S CHECK**

Teller: 2258
Branch: 122
112206007

November 02, 2015    84-15 / 654

PAY TO THE ORDER OF  ***DOUGLAS K HANDSHOE***        $211.30

**Two Hundred Eleven Dollars and 30/100**

CHRIS E YOUNT
REMITTER
ADDRESS

BY _Tom Diat_
AUTHORIZED SIGNATURE

⑈112206007⑈ ⑆065400153⑆ 20566011 2 2⑈


EXHIBIT A