Chris E. Yount
545 Terrace Street
Jefferson LA 70121

**CERTIFIED MAIL**

7013 0600 0001 1955 9014

Doug K. Handshoe
110 Hall Street
Wiggins MS 39577

---

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES MICROPRINTED ENDORSEMENT LINES AND ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

**WHITNEY BANK**
METAIRIE ROAD

**CASHIER'S CHECK**

Teller: 2258
Branch: 122
112206007

November 02, 2015          84-15/654

PAY TO THE ORDER OF  ***DOUGLAS K HANDSHOE***          $211.30

**Two Hundred Eleven Dollars and 30/100**

CHRIS E YOUNT
REMITTER
ADDRESS

BY _Ton Diaz_
AUTHORIZED SIGNATURE

⑈112206007⑈ ⑆065400153⑆ 205660122⑈

