

# PRIORITY MAIL



## Click-N-Ship®

P | usps.com $5.05 US POSTAGE Flat Rate Env
9405 8036 9930 0105 7837 23 0050 5000 0013 9501
Commercial Base Pricing
11/05/15   Mailed from 39520   062S0000001301

### PRIORITY MAIL 2-DAY™

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE, CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 11/07/15

0006

C024

SHIP TO:
HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

### USPS TRACKING #



9405 8036 9930 0105 7837 23

Electronic Rate Approved #038555749

EP14F July 2013

VISIT US AT USPS.COM®

