IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                             PLAINTIFF

v.                                                             CIVIL ACTION NO. 1:14-cv-159-KS-MTP

DANIEL G. ABEL                                                                                DEFENDANT

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Contempt [62].  Having considered the parties' submissions, that Court finds that the Motion [62] should be denied.

On September 14, 2015, the Court ordered Defendant Yount to pay to Plaintiff the sum of $211.30 to reimburse Plaintiff for the cost incurred in making service on Defendant Yount. *See* Order [57].  On October 21, 2015, the Court denied Defendant Yount's Motion [58] requesting permission to place the sum of $211.30 in the registry of the Court and directed Defendant Yount to pay Plaintiff directly.

On November 4, 2015, Plaintiff filed the instant Motion [62], asserting that Defendant Yount has failed to pay Plaintiff as directed by the Court.  On November 5, 2015, Defendant Yount filed a Response [64], asserting that he sent a cashiers check to Plaintiff via certified mail.[1]  Thus, the Court finds that this Motion [62] should be denied as moot.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Contempt [62] is DENIED.

SO ORDERED this the 9th day of November, 2015.

*s/ Keith Starrett*
United States District Judge

---

[1] On November 9, 2015, Plaintiff sent a correspondence to the Court indicating that he received Defendant Yount's payment.