**CLERK, U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS



RECEIVED
NOV 12 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



FILED
NOV 12 2015
SOUTHERN DISTRICT OF MISSISSIPPI
BY ARTHUR JOHNSTON DEPUTY



$0.49
US POSTAGE
FIRST-CLASS
062S0008988116
39501

1:14-cv-00159-KS-MTP Notice has been delivered by other means

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

NIXIE            798    7E  1999        0011/05/15
            RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 39501203603        *0766-00217-21-37

**Motions**
1:14-cv-00159-KS-MTP
Handshoe v. Abel

MTP,NO_CMC

## U.S. District Court

### Southern District of Mississippi

### Notice of Electronic Filing

The following transaction was entered on 10/21/2015 at 1:08 PM CDT and filed on 10/21/2015
**Case Name:** Handshoe v. Abel
**Case Number:** 1:14-cv-00159-KS-MTP
**Filer:** Douglas Handshoe
**Document Number:** 59

**Docket Text:**
**MOTION to Enforce Court Order by Douglas Handshoe (Attachments: # (1) Envelope)(wld)**

**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Bradley E. Dean    bdean@ddkf.com, dslusher@ddkf.com

Chris Yount    ceyount@gmail.com

Douglas Handshoe    earning04@gmail.com

W. Edward Hatten , Jr    ed@ddkf.com, bsperando@ddkf.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/21/2015] [FileNumber=4109179-0] [69816d7a51d85ea0d168c6d224ce1fa6f775357de242a4ab9b543df2db893cc6cc 697001bfb4c795724b175e594c31b707acb566be77c4c3d3e1bfcbd3b0a0bb]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/21/2015] [FileNumber=4109179-1] [ba4119179c11a6cdb80d5a6ca12f11f3c3651aa3ad68f7901da32592831970cf99 582e096107e208278358b0c641fad58a5b29935e365c124a5572b3345251c7]]

## Responses and Replies
1:14-cv-00159-KS-MTP
Handshoe v. Abel

MTP,NO_CMC

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 10/21/2015 at 1:09 PM CDT and filed on 10/21/2015
**Case Name:** Handshoe v. Abel
**Case Number:** 1:14-cv-00159-KS-MTP
**Filer:** Douglas Handshoe
**Document Number:** 60

**Docket Text:**
**MEMORANDUM in Support re [59] MOTION to Enforce Judgment filed by Douglas Handshoe (Attachments: # (1) Envelope)(wld)**

**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Bradley E. Dean     bdean@ddkf.com, dslusher@ddkf.com

Chris Yount     ceyount@gmail.com

Douglas Handshoe     earning04@gmail.com

W. Edward Hatten , Jr     ed@ddkf.com, bsperando@ddkf.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/21/2015] [FileNumber=4109182-0] [1fa973ca7497a98bfab413f1fe2b5bd3e4e3af714b689343ad19bf3e4f0197e0f2
ac7f90e973bb3fe39845c9a997e282dfde7e659c99ef0bba6e41da28568150]]
**Document description:** Envelope
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=10/21/2015] [FileNumber=4109182-1] [a4fa1ce6d807bae71b2185b3756b3f892a9b3a741c3fe73147157b8652cf17c250
e5b5266e9998f2ab16dacf6046d2e41d29aa9c1f9b8a360434d7626ebff1d0]]