IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                          PLAINTIFF

VS.                                     CIVIL ACTION NO. 1:14-CV-00159-KS-MTP

DANIEL G. "DANNY" ABEL, et al                              DEFENDANTS

**FINAL JUDGMENT OF DISMISSAL AS TO RAMONA FERNANDEZ,
JANEY LAMAR, AND STUART H. SMITH LAW CLINIC ONLY**

This matter came before the Court on the Motion to Dismiss the Defendants, Ramona Fernandez, Janey Lamar, and the Stuart H. Smith Law Clinic and Center for Social Justice of Loyola University of New Orleans, and the Court has granted their Motion as set forth in the Memorandum Opinion and Order entered November 24, 2015 [Doc. #69]. Pursuant to FRCP 54(b), it is therefore,

ORDERED AND ADJUDGED that Defendants, Ramona Fernandez, Janey Lamar, and the Stuart H. smith Law Clinic and Center for Social Justice of Loyola University of New Orleans should be, and hereby are, fully and finally dismissed without prejudice. Pursuant to FRCP 54(b), this Judgment as to those named Defendants only shall be deemed a final judgment in this matter. In accordance therewith, the Court hereby makes an express determination that there is no just reason for delay and expressly directs this be entered as a final judgment as to these named Defendants only, pursuant to FRCP 54(b).

SO ORDERED AND ADJUDGED this the 3rd day of December, 2015.

                                                                                  Honorable Keith Starrett
                                                                                  United States District Judge