

1:14-cv-00159-KS-MTP Document 72 Filed 12/11/15

**CLERK, U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

**1:14-cv-00159-KS-MTP Notice has been delivered by other mean**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

RECEIVED
DEC 11 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE    708    7E 1    08/12/00/15
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39501203603    *0766-10317-04-34

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 11 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

S93094.033
US POSTAGE
FIRST-CLASS
$0.490
39501

## Other Orders/Judgments
1:14-cv-00159-KS-MTP
Handshoe v. Abel

MTP,NO_CMC

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 12/3/2015 at 4:05 PM CST and filed on 12/3/2015
**Case Name:** Handshoe v. Abel
**Case Number:** 1:14-cv-00159-KS-MTP
**Filer:**
**Document Number:** 70

**Docket Text:**
**FINAL JUDGMENT OF DISMISSAL AS TO RAMONA FERNANDEZ, JANEY LAMAR, AND STUART H. SMITH LAW CLINIC ONLY. Signed by District Judge Keith Starrett on 12/3/2015 (wld)**

**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount     ceyount@gmail.com

Douglas Handshoe     earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=12/3/2015] [FileNumber=4141656-0
] [c485143703b54d79e1a25019e9c534bb74ea0348039cc54a1728cabe5c16135fbae
7cd21b8aee28e89a61619f6556559fd7e7a504a4481a6228193163e028bf0]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                             **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 1:14-CV-00159-KS-MTP**

**DANIEL G. "DANNY" ABEL, et al**                      **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL AS TO RAMONA FERNANDEZ, JANEY LAMAR, AND STUART H. SMITH LAW CLINIC ONLY

This matter came before the Court on the Motion to Dismiss the Defendants, Ramona Fernandez, Janey Lamar, and the Stuart H. Smith Law Clinic and Center for Social Justice of Loyola University of New Orleans, and the Court has granted their Motion as set forth in the Memorandum Opinion and Order entered November 24, 2015 [Doc. #69]. Pursuant to FRCP 54(b), it is therefore,

ORDERED AND ADJUDGED that Defendants, Ramona Fernandez, Janey Lamar, and the Stuart H. smith Law Clinic and Center for Social Justice of Loyola University of New Orleans should be, and hereby are, fully and finally dismissed without prejudice. Pursuant to FRCP 54(b), this Judgment as to those named Defendants only shall be deemed a final judgment in this matter. In accordance therewith, the Court hereby makes an express determination that there is no just reason for delay and expressly directs this be entered as a final judgment as to these named Defendants only, pursuant to FRCP 54(b).

SO ORDERED AND ADJUDGED this the 3rd day of December, 2015.

/s/ Keith Starrett
Honorable Keith Starrett
United States District Judge

1