IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL AND | ) | DEFENDANTS |
| CHRIS YOUNT | ) | |

### REQUEST FOR ENTRY OF DEFAULT

Comes now plaintiff Douglas Handshoe and hereby requests the Clerk to enter a default against the defendant, Daniel G. "Dany" Abel, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted this 11th day of December, 2015,

_____

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on December 11th, 2015 the foregoing was sent for electronically filing by me via the Clerk of the Court using the ECF system which sent notification of such filing to the following ECF participants:

Chris Yount
Pro Se
545 Terrace Street
Jefferson, LA 70121

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the following via United States Mail:

Daniel G. Abel
Pro Se
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Respectfully submitted this 11th day of December, 2015,

_____
Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL AND | ) | DEFENDANTS |
| CHRIS YOUNT | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff in this action.

2. A complaint was filed herein on April 10, 2014 and service of process was had on the defendant on June 16, 2014.

3. The first amended complaint was filed herein on March 13, 2015.

4. More than twenty one (21) days have elapsed since the defendant in this action was served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Respectfully submitted this 11th day of December, 2015,

_____
Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

Sworn before me: Notary, Brian A Brooks 12/11/15

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 52390, BRIAN H. BROOKS, Commission Expires May 10, 2018, HANCOCK COUNTY]

1