UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                   PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:14CV159KS-MTP

DANIEL G. ABEL
CHRIS YOUNT                                                        DEFENDANT

### CLERK'S ENTRY OF DEFAULT

I HEREBY CERTIFY that Daniel G. Abel, defendant is in default for failure to appear, plead or otherwise defend pursuant to Rule 12(a)(4) in the above entitled action as appears in the records of this office.

This the 11th day of December, 2015.

ARTHUR JOHNSTON, CLERK

_____
Deputy Clerk