SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

DEC 14 2015

ARTHUR JOHNSTON

BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | **CIVIL ACTION NO.** 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL AND | ) | DEFENDANTS |
| CHRIS YOUNT | ) | |
| | ) | |

### MOTION FOR DEFAULT JUDGMENT

Comes now Douglas Handshoe and requests the Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant Daniel G. Danny Abel. In support of this request, Plaintiff Douglas Handshoe relies upon the record in this case and the affidavit submitted herein

Respectfully submitted this 14th day of December, 2015,

_____

Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

1

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, hereby certify that on December 14th, 2015 the foregoing was sent

for electronically filing by me via the Clerk of the Court using the ECF system which sent

notification of such filing to the following ECF participants:

    Chris Yount
    Pro Se
    545 Terrace Street
    Jefferson, LA 70121

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing to the

following via United States Mail:

    Daniel G. Abel
    Pro Se
    C/O The Super 8 Motel / Desai Enterprises
    2421 Clearview Parkway, Room 106
    Metairie, LA 70001

Respectfully submitted this 14th day of December, 2015,

_____

Douglas Handshoe, Pro Se
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

2