IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| DOUGLAS HANDSHOE | ) | PLAINTIFF |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:14CV159 KS-MTP |
| | ) | |
| DANIEL G. "DANNY" ABEL AND CHRIS YOUNT | ) ) ) | DEFENDANTS |

**AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the Plaintiff in this action.

2. A complaint was filed herein on April 10, 2014 and service of process was had on the defendant on June 16, 2014.

3. The first amended complaint was filed herein on March 13, 2015.

4. No response has been served within the time allowed by law nor has defendant Daniel G. "Danny" Abel sought additional time within which to respond, and Default has entered against the defendant Daniel G. "Danny" Abel.

5. The claim of the plaintiff is for the sum of $75,000 plus interest from the date of judgment as provided by law, together with the costs of this action.

Respectfully submitted this 14th day of December, 2015,

_____
Douglas Handshoe, Pro Se Plaintiff
Post Office Box 788
Wiggins, MS 39577
(601) 928-5380
earning04@gmail.com

*[Notary seal: BRIAN H. BROOKS, Notary Public, State of Mississippi, Hancock County, #52390, Commission Expires May 10, 2018]*

Sworn before me   Brian H Brooks   12/14/15

1