# EXHIBIT B

# RealMalice

Exploring the origins of homophobia, malice, and cyber-bullying on the Internet

mardi 31 mars 2015

## Reader comment: Jennifer Handshoe an officer of Slabbed New Media, LLC

Real Malice received an intriguing reader comment: during a recent hearing in 24th Judicial District Court for Jefferson Parish, Louisiana, in the case of process server Chris Yount against blogger Douglas Handshoe and attorney Bobby Truitt, Doug's wife, **Jennifer Handshoe**, showed up in court. Her hubbie, though, was notably absent. The Handshoes' attorney Connie Sue Montgomery reportedly told Judge Schlegel that Jennifer was present as an "officer" of Slabbed New Media, LLC, and was thus privy to events unfolding in court regarding a defamation case centered on the publication of a minor child's sexually explicit drawing on Handshoe's blog Slabbed.

Slabbed New Media was incorporated by Mr. Doug in Mississippi in 2011. Douglas is the only person listed with the Secretary of State as being a member of the company. Handshoe has in fact in court filings stated that he is the sole member of the company.



Assertions made to a court by an attorney in response to a judge's question -- now there's a situation where one should always tell the truth.

So, was the representation to the court false, or is Mrs. Handshoe really an officer/member of Slabbed New Media?

If Connie Sue misrepresented facts to the judge, did she just beccome a participant in Mr. Doug's schemes.

Did Mr. Doug just paint a big legal liability bullseye on his wife's back?

Was Douglas Handshoe afraid to show up on the Louisiana side of the border, where he might be served with discovery or subpoenas? Reliable sources say he has been notably absent in Louisiana court hearings on numerous occasions over the past several months. He seems to dislike being discovered.

Jennifer Handshoe works for the Mississippi State Department of Health as an Early Intervention Service Coordinator. Her Supervisor there is Michael Cruthird, whose name sounds awfully familiar. . . . Gerald Cruthird is one of Mr. Handshoe's Mississippi attorneys. . . . . And, lo and behold, Sheila Cruthird works as an accountant for Douglas Handshoe, CPA.

---

Nombre total de pages vues

27,702

### Pages

- Accueil
- Anne-Marie Vandenweghe: Updated
- Kevin P. Lemaire
- Douglas K. Handshoe, CPA: Blogger

### Messages les plus consultés



**The Slabbed Nation Part 1(a): Anne-Marie Vandenweghe aka unslabbed aka Whitmergate, the early years**
"The distinction between past, present, and future is only a stubbornly persistent illusion." Douglas K. Handshoe on Slabbed ...

**No Tea, No Shade, Just Sock Puppetry**
A short while ago, Daniel Abel made some interesting arguments to the Federal District Court for the Eastern District of Louisiana regarding...



**Douglas K. Handshoe: Liquidating assets**
Douglas K. Handshoe had a few comments to make recently on his involvement in the Bankston/Goodson bribery, racketeering, and money launderi...



**Douglas Handshoe, CPA looses fight to block $180,000 copyright infringement judgment under the SPEECH Act**
Justice may finally be coming, her sword drawn, for inveterate blogger Douglas Handshoe, a homophobic Mississippi accountant who seems to ...



**Handshoe, Goodson, Bankston, Vandenweghe, Lauricella: maybe Handshoe has been projecting his own life experiences onto others: Updated**
In January, 2012, Slabbed blog publisher Douglas K. Handshoe demonstrated a remarkable memory: Remember back in the late 90s several stat...

**The Slabbed Nation Part 1(b): "unslabbed" Vandenweghe defeated**
In December, 2011, within the context of reporting on Karen Parker Broussard's guilty plea for the federal crime of " misprision o...



**BREAKING NEWS on the "famed" Slabbed legal team: Blogger Handshoe's Baldwin Haspel legal team loses on motions to sanction the attorney who is suing Handshoe for defamation**, more

On May 9, 2013, Doug Handshoe, CPA, was openly gleeful that federal judge Susie

Who are the Cruthirds and what is their relationship to the Handshoes?

Early Childhood Intervention is "a support and educational system for very young children (aged birth to six years) who have been victims of, or who are at high risk for child abuse and/or neglect."

Was Mrs. Handshoe, an expert in child abuse or neglect, part of the decision to published Chris Yount's minor child's drawing on Slabbed alongside text that allegedly defamed Mr. Yount by suggesting he had molested his child?

Stay tuned . . .

Publié par Randall Cajun à 08:20

g+1  +1  Recommander ce contenu sur Google

Libellés : Connie Sue Montgomery, Douglas Kyle Handshoe, Jennifer Handshoe, Judge Schlegel, LLC, Michael Cruthird, Sheila Cruthird, Slabbed New Media, St. Stanislaus Bay St. Louis

## Aucun commentaire:

## Enregistrer un commentaire

Commentaire :   Sélectionner le pr

Publier    Aperçu

Enregistrer un commentaire

Article plus récent         Accueil         Article plus ancien

Inscription à : Publier les commentaires (Atom)

Morgan had issued an Order telling attorney Daniel Abel to...

The purported and not so personable personae of Anne-Marie Vandenweghe on slabbed (and nola), Part One
   Some readers have--in response to this blog's first posts a few days ago--expressed incredulity that Anne-Marie Vandenweghe might have ...

Halifax Chronicle-Herald newspaper defends, removes legal-clown Handshoe's "homophobic" libel lawsuit to federal court of Judge Guirola
   Citing eighty defenses in a 29-page document, the Halifax (Nova Scotia) Chronicle-Herald newspaper has defended a defamation lawsuit filed...

Chilling speech and avoiding discovery: the legal antics of a homophobic Mississippi blogger (he makes enemies everywhere he goes)
   "intrepid, courageous patriots who understand our United States Constitution and believe in the necessity for absolute freedom of s...

### Archives du blog

- ▼ 2015 (11)
  - ▼ mars (8)
    - Halifax Chronicle-Herald newspaper defends, remove...
    - The Chronicle-Herald defense to Douglas Handshoe's...
    - Reader comment: Jennifer Handshoe an officer of St...
    - USA v. Moses Shepard: Cyberstalking, 18 U.S.C. § 2...
    - Since same-sex marriage is recognized by the feder...
    - Chilling speech and avoiding discovery: the legal...
    - Major law review article says Trout Point Lodge fe...
    - Federal judge allows homophobic blogger & legal cl...
  - ► février (3)
- ► 2014 (9)
- ► 2013 (20)

### Qui êtes-vous ?

Randall Cajun

g+  Suivre   1

Afficher mon profil complet

Modèle Simple. Fourni par Blogger.