**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

DOUGLAS HANDSHOE                                                                        PLAINTIFF

V.                                                                CIVIL ACTION NO. 1:14-CV-159-KS-MTP

DANIEL G. "DANNY' ABEL and
CHRIS YOUNT                                                                             DEFENDANTS

**FINAL JUDGMENT**

For the reasons stated in the Court's previous Memorandum Opinion and Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants Daniel G. Abel and Chris Yount.  Plaintiff's claim of abuse of process against Yount is dismissed without prejudice.  Plaintiff's claim under 17 U.S.C. § 512(f) against Yount and Abel is dismissed with prejudice.  All remaining claims and parties added in Plaintiff's Amended Complaint [80] are dismissed without prejudice.  This case is closed.

SO ORDERED AND ADJUDGED this the 8th day of January, 2016.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE