

Chris Yount <ceyount@gmail.com>

## Re: Handshoe v Chris and Carver Yount
1 message

**Doug Handshoe** <earning04@gmail.com>                           Fri, Dec 11, 2015 at 6:31 PM
To: Chris Yount <ceyount@gmail.com>

No sir. The record shows that it was you that inserted Carver into the defamation lawsuit and you not should not expect me to ignore him based solely on the fact he is still a minor.

The only way out for Carver lies in the immediate dismissal of the defamation action you and he filed against me and my Louisiana attorney.

Do not pass this opportunity resolve both matters.

Doug Handshoe
Slabbed New Media LLC

On Dec 11, 2015 4:56 PM, "Chris Yount" <ceyount@gmail.com> wrote:
> Should I take this as a threat against my son, Carver?
>
> ~ cey
>
> On Fri, Dec 11, 2015 at 4:46 PM, Doug Handshoe <earning04@gmail.com> wrote:
>> Dear Mr. Yount:
>>
>> I am somewhat surprised my correspondence of earlier today garnered a reply from Trout Point Lodge giving you legal advice.
>>
>> I will be moving to include your son Carver as a defendant in the federal court matter which is why I termed your dragging him into your ill-advised defamation case regrettable. You can help yourself and Carver immediately by moving to voluntarily dismiss your 24th JDC case.
>>
>> I am offering you this opportunity as it is customary to offer settlement terms at this point in the litigation. If you do not move to dismiss the 24th JDC case by close of business Monday, I will be filing to amend this action to include Carver.
>>
>>
>> Doug Handshoe
>>
>> Slabbed New Media LLC
>>
>> Post Office Box 788
>>
>> Wiggins, MS 39577-0788
>>
>> Phone: (228) 284-0004



EXHIBIT A

Fax: (601) 928-5129

www.slabbed.org