Civil process issued related to legal actions taken by Douglas K. Handshoe 2012-2015

| Person | Court & Case No. | Date | Allegations/cause of action | Status |
|---|---|---|---|---|
| Daniel G. Abel | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Daniel G. Abel | Hancock 13-0174 | 2013-05-17 | Defamation against "John Doe" over blog publications about Douglas Handshoe | active |
| Daniel G. Abel | MSSDC 2014-cv-00159 | 2014-04-10 | Abuse of process, malicious prosecution, conspiracy, misrepresentation under 17 USC 512(f) | dismissed |
| Daniel G. Abel | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| Daniel G. Abel | MSSDC 2014-cv-00159 | 2016-01-06 | More abuse of process and conspiracy | dismissed |
| Aaron Broussard | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Mary Bunch | MSSDC 13-cv-00317 | 2014-02-08 | Motion to quash discovery of Slabbed, filed as "interested party" | denied |
| Michael Coyle, J.D. (Nova Scotia lawyer) | Hancock 13-0175 | 2013-05-17 | Defamation over legal commentary on legal affairs blog regarding Nova Scotia Supreme Court decision against Doug Handshoe | active (default taken) |
| "John Doe" (reporter) | MSSDC 15-cv-00106 | 2015-03-30 | Defamation over reporting on Nova Scotia Supreme Court decision against Douglas Handshoe | Voluntary dismissal |
| "John Does 1-50" | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment -- SPEECH Act & Copyright Act | active |
| Peter Edwards (*Toronto Star* reporter) | MSSDC 2015-cv-00113 | 2015-04-06 | Defamation over article on Nova Scotia Supreme Court judgment against Douglas Handshoe | Dismissed by court |
| Ramona Fernandez, J.D. | MSSDC 2014-cv-00159 | 2014-04-10 | Abuse of process, malicious prosecution, conspiracy, misrepresentation under 17 USC 512(f) | Dismissed by court |
| Chief Judge Piper Griffin (New Orleans Civil District Court) | MSSDC 2014-cv-00241 | 2014-08-25 | Motion for anti-suit injunction against Chief Judge Piper Griffin to block that court ordering Handshoe to submit to discovery requests from Daniel Abel | Dismissed by court |

EXHIBIT B

| | | | | |
|---|---|---|---|---|
| Halifax Herald, Limited (*Chronicle-Herald* newspaper) | MSSDC 15-cv-00106 | 2015-03-30 | Defamation over reporting on Nova Scotia Supreme Court decision against Douglas Handshoe | Voluntary dismissal (out-of-court settlement) |
| Janie Lamar (law student) | MSSDC 2014-cv-00159 | 2014-04-10 | Abuse of process, malicious prosecution, conspiracy, misrepresentation under 17 USC 512(f) | Dismissed by court |
| Charles L. Leary | MSSDC 2012-cv-00038 | 2012-02-08 | Declaratory judgment – SPEECH Act | Voluntary dismissal |
| Charles L. Leary | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Charles L. Leary | Hancock 13-0174 | 2013-05-17 | Defamation against "John Doe" over blog publications about Douglas Handshoe | active |
| Charles L. Leary | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment – SPEECH Act & Copyright Act | active |
| Charles L. Leary | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| Charles L. Leary | MSSSDC 2014-cv-00159 | 2016-01-06 | Abuse of process, conspiracy | dismissed |
| Connie Sue Montgomery | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| National Geographic Society | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment – SPEECH Act & Copyright Act | active |
| Nova Scotia Enterprises, LLC | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Vaughn J. Perret | Hancock 13-0174 | 2013-05-17 | Defamation against "John Doe" over blog publications about Douglas Handshoe | active |
| Vaughn J. Perret | MSSDC 2012-cv-00038 | 2012-02-08 | Declaratory judgment – SPEECH Act | Voluntary dismissal |
| Vaughn J. Perret | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Vaughn J. Perret | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment – SPEECH Act & Copyright Act | active |

| | | | | |
|---|---|---|---|---|
| Vaughn J. Perret | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| Vaughn J. Perret | MSSSDC 2014-cv-00159 | 2016-01-06 | Abuse of process, conspiracy | dismissed |
| Progress Media (Nova Scotia magazine publisher) | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment -- SPEECH Act & Copyright Act | active |
| Marilyn Smulders (Nova Scotia journalist) | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment -- SPEECH Act & Copyright Act | active |
| Stuart Smith Law Clinic (Loyola University of New Orleans) | MSSDC 2014-cv-00159 | 2014-04-10 | Abuse of process, malicious prosecution, conspiracy, misrepresentation under 17 USC 512(f) | Dismissed by court |
| Torstar Corporation (*Toronto Star* newspaper) | MSSDC 2015-cv-00113 | 2015-04-06 | Defamation over article on Nova Scotia Supreme Court judgment | Dismissed by court |
| Torstar Corporation (*Toronto Star* newspaper) | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment -- SPEECH Act & Copyright Act | active |
| Tourism Business Solutions | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| Trout Point Lodge | MSSDC 2012-cv-00038 | 2012-02-08 | Declaratory judgment – SPEECH Act | Voluntary dismissal |
| Trout Point Lodge | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Trout Point Lodge | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |

| Bobby Truitt | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| Carver Yount (a minor) | MSSSDC 2014-cv-00159 | 2016-01-06 | Abuse of process, conspiracy, misrepresentation under 17 USC 512(f) | dismissed |
| Chris Yount | Hancock 13-0186 | 2013-05-21 | Abuse of process, malicious prosecution, conspiracy, RICO | active |
| Chris Yount | MSSDC 2014-cv-00159 | 2014-04-10 | Abuse of process, malicious prosecution, conspiracy, misrepresentation under 17 USC 512(f) | active |
| Chris Yount | MSSDB15-50963 | 2015-06-16 | Purported Chapter 11 bankruptcy of Slabbed New Media, LLC | active |
| "XYZ foundation" | MSSDC 2015-cv-00382 | 2015-11-16 | Misrepresentation under 17 USC 512(f), conspiracy, declaratory judgment -- SPEECH Act & Copyright Act | active |

Hancock: Hancock County Circuit Court (Mississippi)
MSSDC: U.S. District Court for the Southern District of Mississippi (federal)
MSSDB: U.S. Bankruptcy Court for the Southern District of Mississippi