**WHITNEY BANK**
METAIRIE ROAD

**CASHIER'S CHECK**

11 2206007

84-15
654

November 02, 2015

PAY TO THE ORDER OF  ***DOUGLAS K HANDSHOE***         $211.30

**Two Hundred Eleven Dollars and 30/100**

$ _____

**NON NEGOTIABLE**

CHRIS E YOUNT
REMITTER

ADDRESS

BY _____
AUTHORIZED SIGNATURE

CUSTOMER COPY



EXHIBIT
C