## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**DOUGLAS HANDSHOE**                                                                       **PLAINTIFF**

**v.**                                                      **CIVIL ACTION NO. 1:14-CV-159-KS-MTP**

**DANIEL G. "DANNY" ABEL**
**CHRIS YOUNT, RAMONA FERNANDEZ,**
**JANEY LAMAR and**
**STUART SMITH LAW CLINIC**
**d/b/a LOYOLA UNIVERSITY NEW ORLEANS**                 **DEFENDANTS**

## ORDER

On January 12, 2016, Defendant Chris Yount ("Movant") filed his Notice of Threatening Email Sent By Handshoe; Which Threatens and Names my Minor Child; Motion for Return of Service Fee Paid by Defendant Chris Yount to Douglas Handshoe, and Formal Request for Sanctions as Applicable [84] . Plaintiff ("Respondent") is required to file a response and memorandum brief within fourteen (14) days after service of Movant's motion. Pursuant to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is to be included unless it is a Saturday, Sunday, or legal holiday. Further, Federal Rule of Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the filing of the response. In accordance with the preceding Rules, the Court fixes the date certain for the response as on or before **January 29, 2016.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movant desires to submit a rebuttal memorandum, he may do so within seven (7) days after service of the Respondents' memorandum brief in response. In accordance with Local Uniform Civil Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for the rebuttal as on or before **February 5, 2016.**

If either the Movant or Respondent wishes to extend the time allotted for filing the response or rebuttal, counsel shall file a motion for additional time prior to the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movant's original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondent's memorandum brief shall not exceed thirty-five (35) pages. If either the Movant or Respondent wishes to exceed the number of pages for briefing available, counsel shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 12th day of January, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE