

Case 1:14-cv-00159-KS-MTP Document 86 Filed 01/13/16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

1:14-cv-00159-KS-MTP Notice has been delivered by other m

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 39501203603

NIXIE

RECEIVED
JAN 13 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 13 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

NEW ORLEANS LA
05 JAN 2016 PM 1 L

$0.490
US POSTAGE
FIRST-CLASS

**Other Events**
1:14-cv-00159-KS-MTP
Handshoe v. Abel

MTP,NO_CMC

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 12/11/2015 at 3:42 PM CST and filed on 12/11/2015
**Case Name:** Handshoe v. Abel
**Case Number:** 1:14-cv-00159-KS-MTP
**Filer:** Daniel G. Abel
**Document Number:** 74

**Docket Text:**
**Clerk's ENTRY OF DEFAULT as to Daniel G. Abel (wld)**

**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount    ceyount@gmail.com

Douglas Handshoe    earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=12/11/2015] [FileNumber=4147691-
0] [724d710ca965126dcd1225e2518119734214bde14e4cad75786d0cc6aad686b0b9
0f1881fa8aaa24c966ca82957954bd2757bf63989b77a8314a890844c8b88e]]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                           **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 1:14CV159KS-MTP**

**DANIEL G. ABEL**
**CHRIS YOUNT**                                                                                 **DEFENDANT**

### CLERK'S ENTRY OF DEFAULT

I HEREBY CERTIFY that Daniel G. Abel, defendant is in default for failure to appear, plead or otherwise defend pursuant to Rule 12(a)(4) in the above entitled action as appears in the records of this office.

This the 11th day of December, 2015.

ARTHUR JOHNSTON, CLERK

_____
Deputy Clerk