

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

:14-cv-00159-KS-MTP Notice has been delivered by other means to

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

RECEIVED
JAN 19 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE   708   7E 1   0001/13/16
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 39501203603   *0766-07436-08-37

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 19 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

S93090.036
US POSTAGE
FIRST-CLASS
062S0008988116
39501
$0.49

## Other Orders/Judgments
1:14-cv-00159-KS-MTP
Handshoe v. Abel

MTP,NO_CMC

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/8/2016 at 2:10 PM CST and filed on 1/8/2016
**Case Name:** Handshoe v. Abel
**Case Number:** 1:14-cv-00159-KS-MTP
**Filer:**
**WARNING: CASE CLOSED on 01/08/2016**
**Document Number:** 83

**Docket Text:**
**FINAL JUDGMENT Signed by District Judge Keith Starrett on 1/8/2016 (wld)**

**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount     ceyount@gmail.com

Douglas Handshoe     earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/8/2016] [FileNumber=4165774-0]
[6fe1670dbe16a6a68ca9691d68e2c8ca0c96dc57a647c5bbc23a501ffc56b6629ac8
36246d8e6757311f7357da41fe6341be5563bed00ca6c9ef1a8b8133cbde]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                      **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO. 1:14-CV-159-KS-MTP**

**DANIEL G. "DANNY' ABEL and**
**CHRIS YOUNT**                                                     **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the Court's previous Memorandum Opinion and Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants Daniel G. Abel and Chris Yount. Plaintiff's claim of abuse of process against Yount is dismissed without prejudice. Plaintiff's claim under 17 U.S.C. § 512(f) against Yount and Abel is dismissed with prejudice. All remaining claims and parties added in Plaintiff's Amended Complaint [80] are dismissed without prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 8th day of January, 2016.

                                                               *s/ Keith Starrett*
                                            UNITED STATES DISTRICT JUDGE