**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 21 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

**1:14-cv-00159-KS-MTP Notice has been delivered by oth**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

RECEIVED
JAN 21 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

NIXIE     708   7E 1         0001/16/16
   RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD

BC: 39501203603     *0766-20934-12-37

S89090.188
US POSTAGE
FIRST-CLASS
$0.48

## Other Documents

1:14-cv-00159-KS-MTP Handshoe v. Abel **CASE CLOSED on 01/08/2016**

CLOSED,MTP

### U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/12/2016 at 3:54 PM CST and filed on 1/12/2016
**Case Name:**       Handshoe v. Abel
**Case Number:**   1:14-cv-00159-KS-MTP
**Filer:**
**WARNING: CASE CLOSED on 01/08/2016**
**Document Number:** No document attached

**Docket Text:**
**DOCKET ANNOTATION as to #85. The correct division for this Order is Southern Division. The Order is correct all other aspects. (wld)**

**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount     ceyount@gmail.com

Douglas Handshoe     earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001