

Case 1:14-cv-00159-KS-MTP   Document 89   Filed 01/21/16

**CLERK, U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 21 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

RECEIVED
JAN 21 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

1:14-cv-00159-KS-MTP Notice has been delivered by oth

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

NIXIE    708    7E 1-    0001/16/16
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 395012036O3    *0766-21456-12437

S89090.192
US POSTAGE
FIRST-CLASS
062S0003988116
39501
$0.48

# Motions

1:14-cv-00159-KS-MTP Handshoe v. Abel **CASE CLOSED on 01/08/2016**

CLOSED,MTP

## U.S. District Court

### Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/12/2016 at 10:50 AM CST and filed on 1/12/2016
**Case Name:**         Handshoe v. Abel
**Case Number:**    1:14-cv-00159-KS-MTP
**Filer:**                   Chris Yount
**WARNING: CASE CLOSED on 01/08/2016**
**Document Number:** 84

**Docket Text:**
**MOTION for Return of Service Fee Paid, MOTION for Sanctions by Chris Yount (Attachments: # (1) Exhibit A-Email, # (2) Exhibit B-Table of litigations, # (3) Exhibit C-Copy of Cashier's Check, # (4) Envelope)(wld)**


**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount      ceyount@gmail.com

Douglas Handshoe      earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/12/2016] [FileNumber=4167801-0
] [8785635d6568d234548a80e48870cad77880c7028bdf49cd554c8b392a37104f2fb
d93c11035d66acd41761c6d4da9043272ca29be8410e29706da95d3d73c6b]]
**Document description:** Exhibit A-Email
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/12/2016] [FileNumber=4167801-1

] [4b14ebb300d45268015d98e660c1e6161c4b6d20833282a506a4b3fa7a4885eb4a6
5ceea94c94906b60cc584009e973a6e92c5a5cdb5b8273fc0f2ee6a0d29f8]]
**Document description:**Exhibit B-Table of litigations
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/12/2016] [FileNumber=4167801-2
] [457563d805e19033586999eae2cc403a8d80a0408ae0c355788e5175c5c576cc6e1
3373b51393e5aaca7f934e55df5475306acad41b0f53186688c00582eddf0]]
**Document description:**Exhibit C-Copy of Cashier's Check
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/12/2016] [FileNumber=4167801-3
] [8f3bff059012874bc7252e75b5e234bf4e2a56ce40d105a8f440e6e6b2b6e43f956
8eae74ccf1f7ad18787ba871b766d8966be0e37f1bf12af1c76adbd76451b]]
**Document description:** Envelope
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/12/2016] [FileNumber=4167801-4
] [a880ac2fda59dc394737f254a44053c284f50b7d062d0f4140abf972f2bb871e18d
45ccd5e074cfa24c0573c57489b589e987f86735e502052167e1ca3f36908]]