

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
701 MAIN STREET, ROOM 200
HATTIESBURG, MISSISSIPPI 39401

OFFICIAL BUSINESS

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

FILED
JAN 25 2016
SOUTHERN DISTRICT OF MISSISSIPPI
BY ARTHUR JOHNSTON DEPUTY

RECEIVED
JAN 21 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

NIXIE       708  7E 1       0001/16/16
       RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 39401347850   *0765-06190-12-40

S93511.006
US POSTAGE
FIRST-CLASS
62S0008935696
39401
$0.49
stamps.com

**Other Orders/Judgments**
1:14-cv-00159-KS-MTP
Handshoe v. Abel **CASE CLOSED on 01/08/2016**

CLOSED,MTP

## U.S. District Court

## Southern District of Mississippi

## Notice of Electronic Filing

The following transaction was entered on 1/12/2016 at 2:24 PM CST and filed on 1/12/2016
**Case Name:**    Handshoe v. Abel
**Case Number:**  1:14-cv-00159-KS-MTP
**Filer:**
**WARNING: CASE CLOSED on 01/08/2016**
**Document Number:** 85

**Docket Text:**
**ORDER Setting Deadlines and Dates for [84] MOTION Return of Service Fee Paid MOTION for Sanctions filed by Defendant Chris Yount. Plaintiff's Response to said motion is due on or before January 29, 2016. Defendant Yount's Rebuttal, if desired, is due on or before February 5, 2016. Signed by District Judge Keith Starrett on January 12, 2016 (dsl)**


**1:14-cv-00159-KS-MTP Notice has been electronically mailed to:**

Chris Yount    ceyount@gmail.com

Douglas Handshoe    earning04@gmail.com

**1:14-cv-00159-KS-MTP Notice has been delivered by other means to:**

Daniel G. Abel
2421 Clearview Pkwy
Metairie, LA 70001

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1081288797 [Date=1/12/2016] [FileNumber=4168078-0
] [aa8f19d768afe6cd6213cd80fecb0b33262126938fbe53961b44ae589411bfd4d8e
26867dabb5c41761587a88c3843770b4998ea78271e6dbb8d04c2f3f40b73]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DOUGLAS HANDSHOE                                                                     PLAINTIFF

v.                                                              CIVIL ACTION NO. 1:14-CV-159-KS-MTP

DANIEL G. "DANNY" ABEL
CHRIS YOUNT, RAMONA FERNANDEZ,
JANEY LAMAR and
STUART SMITH LAW CLINIC
d/b/a LOYOLA UNIVERSITY NEW ORLEANS                                  DEFENDANTS

ORDER

On January 12, 2016, Defendant Chris Yount ("Movant") filed his Notice of Threatening Email Sent By Handshoe; Which Threatens and Names my Minor Child; Motion for Return of Service Fee Paid by Defendant Chris Yount to Douglas Handshoe, and Formal Request for Sanctions as Applicable [84] . Plaintiff ("Respondent") is required to file a response and memorandum brief within fourteen (14) days after service of Movant's motion. Pursuant to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is to be included unless it is a Saturday, Sunday, or legal holiday. Further, Federal Rule of Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the filing of the response. In accordance with the preceding Rules, the Court fixes the date certain for the response as on or before **January 29, 2016.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movant desires to submit a rebuttal memorandum, he may do so within seven (7) days after service of the Respondents' memorandum brief in response. In accordance with Local Uniform Civil Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for the rebuttal as on or before **February 5, 2016.**

If either the Movant or Respondent wishes to extend the time allotted for filing the response or rebuttal, counsel shall file a motion for additional time prior to the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movant's original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondent's memorandum brief shall not exceed thirty-five (35) pages. If either the Movant or Respondent wishes to exceed the number of pages for briefing available, counsel shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 12th day of January, 2016.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE