

UNITED STATES POSTAL SERVICE — Click-N-Ship®

$6.45 US POSTAGE — Flat Rate Env
9405 8036 9930 0179 4778 49 0064 5000 0013 9501
01/28/201 — Mailed from 39520 — 062S0G00000311

**PRIORITY MAIL 2-DAY™**

DOUGLAS HANDSHOE
DOUGLAS HANDSHOE CPA
PO BOX 788
WIGGINS MS 39577-0788

Expected Delivery Date: 01/30/16

RECEIVED JAN 29 2016
C024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

SHIP TO: HON. ARTHUR S JOHNSON
UNITED STATES DISTRICT CLERK
2012 15TH ST
STE 403
GULFPORT MS 39501-2036

USPS TRACKING #
9405 8036 9930 0179 4778 49

Electronic Rate Approved #038555749