


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DOUGLAS HANDSHOE** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:14-CV-159-KS-MTP**

**DANIEL G. "DANNY" ABEL**
**CHRIS YOUNT, RAMONA FERNANDEZ,**
**JANEY LAMAR and**
**STUART SMITH LAW CLINIC**
**d/b/a LOYOLA UNIVERSITY NEW ORLEANS** **DEFENDANTS**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION REQUESTING LEAVE OF COURT TO FILE AN REBUTTAL BRIEF IN EXCESS OF THE PAGE LIMIT: EXCESS IN THE AMOUNT OF 8 PAGES**

Chris Yount, appearing pro se, moves the Honorable Court for leave to file a rebuttal brief in excess of the page limit set forth in the Court's order [Rec. Doc. 85]. As Mr. Handshoe has raised issues not originally before the Court on its earlier orders, I would like permission to address those issues in my rebuttal brief, so that the record will be complete on all issues which the Court is considering at this time.

The amount of pages in my original brief and rebuttal brief would be 42 pages, which exceeds the normal limit by 7 or 8 pages. Thank you for your consideration of this request.

Respectfully submitted,

Chris E. Yount, Pro Se
545 Terrace Street
Jefferson LA 70121
Email: ceyount@gmail.com

Certificate of Service

I have mailed a copy of this request to Mr. Handshoe at the address he has given the Court on Tuesday, 2 February 2016.

