AO 133    (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

DOUGLAS HANDSHOE )
)
v. ) Case No.: 1:14-CV-159 KS-MTP
DANIEL G. "DANNY" ABEL, ET AL )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  01/08/2016  against  Douglas Handshoe ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ............................................................ | $ _____ |
| Fees for service of summons and subpoena ......................................... | 211.30 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | _____ |
| Fees and disbursements for printing ................................................ | _____ |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ............................................. | _____ |
| Docket fees under 28 U.S.C. 1923 ................................................ | _____ |
| Costs as shown on Mandate of Court of Appeals ..................................... | _____ |
| Compensation of court-appointed experts ........................................... | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | _____ |
| Other costs *(please itemize)* ..................................................... | 141.03 |
| TOTAL | $ 352.33 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service            ☐ First class mail, postage prepaid

☑ Other:    Douglas Handshoe: earning4@gmail.com

s/ Attorney: _____

Name of Attorney: _____

For: _____CHRIS E. YOUNT/ Pro Se_____    Date:   02/03/2016
Name of Claiming Party

EXHIBIT

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____    By: _____    _____
Clerk of Court              Deputy Clerk                Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
RULE 54(d)(1)

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

RULE 6

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

RULE 58(e)

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# CASHIER'S CHECK

**WHITNEY BANK**
METAIRIE ROAD

112206007

November 02, 2015

84-15 / 654

PAY TO THE ORDER OF ***DOUGLAS K HANDSHOE***

$211.30

**Two Hundred Eleven Dollars and 30/100**

CHRIS E YOUNT
REMITTER

ADDRESS

NON NEGOTIABLE
CUSTOMER COPY

BY AUTHORIZED SIGNATURE





Sender. You must seal flap before shipping.

Press here to seal   Press here to seal   Press here to seal

ORIGIN ID:NEWA (504) 581-7979
CHRIS YOUNT
LISKOW & LEWIS
701 POYDRAS ST.
SUITE 5000
NEW ORLEANS, LA 70139
UNITED STATES US

SHIP DATE: 28AUG15
ACTWGT: 1.00 LB
CAD: 8400432/INET3670

BILL SENDER

TO  CLERK OF COURT
U.S. DISTRICT COURT, S/D MS
2012 15TH STREET, SUITE 403

GULFPORT MS 39501
(228) 563-1700           REF: YOUNT
INV: ORLEANS
PO: ORLEANS                DEPT: ORLEANS



FedEx Express

MON - 31 AUG AA
STANDARD OVERNIGHT

TRK# 7743 9038 2451
0201

XH BIXA

39501
MS-US BFM



FedEx carbon-neutral envelope shipping

8/28/2015

24.28






**FedEx**  Shipping  Tracking  Manage  Learn  FedEx Office®

My Profile  Support  Locations  English  Search

# FedEx Ship Manager®

My Profile  Logout  Help

| Ship | LTL Freight | Ship History | My Lists | Reports | Integration Manager |

## Your Shipment Details

**From:** Chris Yount
LISKOW & LEWIS
701 Poydras St.
Suite 5000
New Orleans, LA 70139
US
5045817979

**To:** Clerk of Court
U.S. District Court, SD MS
2012 15TH STREET, SUITE 403
Gulfport, MS 39501
US
2285631700

**Tracking no.:** 775552356146

**Ship date:** 02/02/2016
**Weight:** 1.00 LBS
**Declared value:** 0.00 USD
**Package Contents:**
**Document Description:**
**Shipment Purpose:**
**Invoice number:** Orleans
**Freight On Value:**
**Pricing Option:** FedEx Standard Rate
**Service type:** Standard Overnight
**Package type:** FedEx Envelope
**Pickup/Drop Off:** Pickup requested, view Pickup History for details
**Your reference:** Yount
**Discounted variable %:**
**Special services:**
**Shipment type:** Express
**Commercial/Residential Status:** Commercial

### Please note :

.* The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.

---

**FedEx.**                                                                                             Search

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
| New Customer Center | FedEx One Rate | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx SupplyChain | | |
| Careers | | FedEx TechConnect | | |
| Investor Relations | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

$24.28

1/1